UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS<br><br>      Plaintiff, *Pro Se*<br><br>v.<br><br>STEIN MART, INC.<br>      Defendant | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:06CV00194<br>)  Judge Royce C. Lamberth<br>)<br>) |

### DEFENDANT STEIN MART, INC.'S MOTION TO DISMISS AND ALTERNATIVELY MOTION TO TRANSFER VENUE

Pursuant to Rule 12(b)(2), 12(b)(3) and 12(b)(6), Fed. R. Civ. Pro., Defendant, Stein Mart, Inc. ("Stein Mart" or the "Defendant") moves to dismiss the action filed against it by the Plaintiff, Sam L. Clemmons ("Clemmons" or the "Plaintiff"). First, Clemmons' action for violation of 18 U.S.C. 1001 must be dismissed because the statute does not provide for a private right of action. Second, there is no jurisdiction over Stein Mart in the District of Columbia for the wrong alleged in the Complaint. Third, this matter should be dismissed for improper venue. Stein Mart requests that if the case is not otherwise dismissed in its entirety, that venue be transferred to the United States District Court of the Northern District of Georgia.

Defendant Stein Mart, Inc. submits the attached Memorandum of Points and Authorities in support of this Motion and a proposed Order.

Dated: March 20, 2006

                                                Respectfully submitted,

                                                */s/ Paul R. Monsees*
                                                Paul R. Monsees, D.C. Bar No. 367138
                                                FOLEY & LARDNER LLP
                                                3000 K Street, N.W., Suite 500
                                                Washington, D.C. 20007
                                                (202) 672-5342

Kevin E. Hyde
FOLEY & LARDNER LLP
One Independent Drive, Suite 1300
Jacksonville, Florida 32202
(904) 359-8700

Attorneys for Defendant Stein Mart, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Defendant Stein Mart, Inc.'s Motion to Dismiss and Alternatively Motion to Transfer Venue, accompanying Memorandum of Points and Authorities in Support thereof and proposed Order were served, via first-class mail, this 20th day of March, 2006 on:

Mr. Sam L. Clemmons
548 Saint Charles Place
Brookhaven, Mississippi 39601
*Pro Se* Plaintiff

Paul R. Monsees