UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS )<br>)<br>       Plaintiff )<br>)<br>v. )<br>)<br>STEIN MART, INC. )<br>       Defendant ) | Case No. 1:06CV00194<br>Judge Royce C. Lamberth |

### ORDER

Upon consideration of Defendant, Stein Mart, Inc.'s Motion to Dismiss and Alternatively Motion to Transfer Venue, any opposition thereto and for good cause having been shown, it is this _____ day of _____, 2006

ORDERED that the Motion be, and hereby is GRANTED. And it is

FURTHER ORDERED that the Complaint for Damages be dismissed, with prejudice, with respect to Defendant Stein Mart, Inc.

Dated:                                              SO ORDERED

_____
Royce C. Lamberth
United States District Judge

Copies to:

Paul R. Monsees
FOLEY & LARDNER, LLP
3000 K Street, N.W.
Suite 500
Washington, D.C. 20007

Mr. Sam L. Clemmons
548 Saint Charles Place
Brookhaven, Mississippi 39601

JACK_531006.1