UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS ) | |
| ) | |
| Plaintiff, *Pro Se* ) | |
| ) | |
| v. ) | Case No. 1:06CV00194 |
| ) | Judge Royce C. Lamberth |
| STEIN MART, INC. ) | |
| Defendant ) | |

## CORPORATE DISCLOSURE STATEMENT

Defendant, Stein Mart, Inc., by and through their undersigned attorneys, and pursuant to LCvR7.1 submits this Corporate Disclosure Statement.

The following is a list of the parent corporations, subsidiaries or affiliates of Stein Mart, Inc. which have any outstanding securities in the hands of the public:

1. Stein Mart, Inc. does not have a parent corporation and no publicly held corporation owns any Stein Mart, Inc. stock.

JACK_531921.1