UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MR. SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

CIVIL ACTION NO:
CASE NUMBER: 1:06CV00194
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY
   ACT
DATE STAMP: 02/03/2006

V

STEIN MART, INCORPORATE
1200 Riverplace Boulevard
Jacksonville, FL 32207

April 3, 2006

## Plaintiff's Motion Not to Dismiss and Plaintiff's Motion to Maintain Venue

Comes Sam L. Clemmons, the Plaintiff, Pro Se file this Motion in the District Court for the District of Columbia requesting the court **not** to grant or honor such Motion requested by the Defendant's counsel to dismiss such action or to transfer venue. My MOTION should be granted based on the following reasons:

**I**

1. If the Defendant and the Defendant's counsel carefully review the facts in this case. The Defendant's counsel will see that such information obtained by the federal government was not via telephone. The Federal Agent went into such Defendant's business to obtain such information

RECEIVED
APR 4 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

and transferred such information to the soil of the District of Columbia for processing and release. Given the District Court of Columbia full jurisdiction under the Freedom of Information Act.

2. Second, the Defendant's counsel failed to acknowledge that this is "official" federal government business and such federal government headquarters are located in the nation capitol which is the District of Columbia. Any business conducted under such jurisdiction the District Court for the District of Columbia has jurisdiction.

3. The Defendant and the Defendant's counsel has failed to honor the court's summon to response or reply back to the court under **the Freedom of Information Act § 5 U.S.C.A. § 552** meaning to release the complete file or record of the Plaintiff to justify the Defendant's statements.

4. The Defendant and the Defendant's counsel has failed to provide the courts with any proof to make Kendall Brown's statements to be truthful, accurate and 100 % correct under the Freedom of Information Act.

## II

The Defendant and the Defendant's counsel have failed to acknowledge the Freedom of Information Act is a federal law mandated by the United States Congress and the Senate. Both have granted powers to the courts to oversee, monitor and make sure

such laws are honored. Therefore, under any federal investigation such person, employer or business must obey and abide by such law in releasing truthful information obtained and sought by any federal investigator, federal agency or the courts. The Defendant and the Defendant's counsel should or must honor such law.

### III

If the Defendant and the Defendant's counsel wish to seek recovery for these damages they feel they have occurred or encountered. The Defendants have the rights to take their issues, concerns or complaint into another court against the Federal Agency who conducted such investigation and released such fraudulent information to the Plaintiff resulting in damages in which the Plaintiff has requested full recovery as stated in the Plaintiff's initial complaint. These actions by the Defendant can be sought through the courts of the Northern District of Georgia, federal court or any court jurisdiction where the Defendant may want to seek recovery against Kendall Brown. (See attached Exhibit attached provided by the Plaintiff)

### IV

The Plaintiff expresses and state in this response to the Defendant's response requests to dismiss and alternatively motion to transfer venue should **not** be granted and such court should maintain such jurisdiction to continue to review the

Sam L. Clemmons vs. Stein Mart, Incorporation 1200 Riverplace Boulevard, Jacksonville, FL 32207

requested facts as stated in the Plaintiff's initial complaint. This court should be the one to validate such statements given to the federal investigator as fraud or not fraudulent.

**V**

The Defendant still has until May 3rd, 2006 to provide to the courts with truthful information under the Freedom of Information Act to validate Kendall Brown's statements. If such is not provided to the courts then this court should grant the Plaintiff a judgement by default and the Defendant should be held liable for any court cost or attorney fees resulted from this fraudulent action into the federal government sector, records, or database.

**VI**

For the record, the Plaintiff has signed the consent to proceed before a United States Magistrate Judge for all purposes stated in the initial complaint as well in the Defendant and Plaintiff's responses to the courts, so that a MOTION for Discovery can be entered on the record. The consent form will be served with the Plaintiff's original signature to the Defendant and one to the courts.

Sam L. Clemmons vs. Stein Mart, Incorporation 1200 Riverplace Boulevard, Jacksonville, FL 32207

*Once again, They say in the end ...Good will always triumph over Bad....*

End of Complaint:

                                  Respectfully submitted,

*[signature]* Plaintiff
Sam L. Clemmons, Plaintiff Pro Se
548 Saint Charles PL
Brookhaven, MS 39601

**CC:** Defendant's Counsel Foley & Lardner, LLP
U.S. District Court for District of Columbia

**CC:** www.usps.com for tracking purposes to the initial complaint

Stein Mart, Incorporation;
    **Express Mail #: EQ 242464019 US**
Mary L. Lee, Paralegal Certified Mail **# 7005 0390 0002 2211 2578**
United State District Court of the District of Columbia;
    **Express Mail #: EQ 242464005 US**
Records

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April 2006 a copy of the MOTION request has been served my first-class mail to the following:

### Court

Office of the Clerk
UNITED STATES DISTRICT COURT
333 Constitution Ave, NW, Room 1225
Washington, DC 20001

### Defendant' Counsel

Foley & Lardner, LLP
3000 K Street, N.W. Suite 500
Washington, DC 20007-5143

### Witness to the Records

Mrs. Mary L. Lee, Paralegal
P.O. Box 28558
Atlanta, GA 30358

April 3, 2006
Date

Sam L. Clemmons,
Plaintiff, Pro Se

Sam L. Clemmons vs. Stein Mart, Incorporation 1200 Riverplace Boulevard, Jacksonville, FL 32207

# *Freedom of Information and Privacy Acts*



*Federal Bureau of Investigation*

UNITED STATES
OFFICE OF PERSONNEL MANAGEMENT
PPC
BOYERS, PA 16004-015
OFFICIAL BUSINESS

**TAG: EXHIBIT**

Statue of Limitation starts from the time Mr. Clemmons signed for these documents and these documents are in Mr. Clemmons' procession.

Anyone who Mr. Clemmons pursue for damages due to false information, that party needs to pursue the OPM for damages that they feel that they have encountered, incurred and due from this release to Clemmons.

The party or parties who feels they Have encountered hurt or harm should go to USPS.Com for tacking and conformation of receipts of theirs testimonies to protects their rights to rebuttal and defend any actions.

That's the law!

CERTIFIED MAIL
RESTRICTED DELIVERY
RETURN RECEIPT REQUESTED
7004 1160 0005 0897 0884

CASE NUMBER: 1:06CV00194
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY ACT
DATE STAMP: 02/03/2006

MR. SAMUEL L. CLEMMONS
548 SAINT CHARLES PLACE
BROOKHAVEN, MS 39601

TO BE OPENED BY ADDRESSEE ONLY

FIRST NOTICE _____
SECOND NOTICE 7/12/5
RETURNED



PRESORTED
FIRST CLASS

$11.400
07 11 2005
US POSTAGE

UNITED STATES
OFFICE OF PERSONNEL MANAGEMENT
FIPC
BOYERS, PA 16016-0918
OFFICIAL BUSINESS

## TAG: EXHIBIT

'tatue of Limitation starts from the time Mr. Clemmons signed for these documents and these documents are in Mr. Clemmons' procession.

Anyone who Mr. Clemmons pursue for damages due to false information, that party needs to pursue the OPM for damages that they feel that they have encountered, incurred and due from this release to Clemmons.

The party or parties who feels they have encountered hurt or harm should go to USPS.Com for tacking and conformation of receipts of theirs timonies to protects their rights to rebuttal and defend any actions. That's the law!

RETURN RECEIPT REQUESTED
RESTRICTED DELIVERY

7003 1010 0001 3719 4054

MR SAMUEL L CLEMMONS
548 SAINT CHARLES PLACE
BROOKHAVEN MS 39601

TO BE OPENED BY ADDRESSEE ONLY

CASE NUMBER: 1:06CV00194
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY ACT
DATE STAMP: 02/03/2006

US POSTAGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM CLEMMONS       )
                   )
V.                 )
                   )       Civil Action No. 06 0194 RCL
STEIN MART, INC.   )
_____)
        Defendant(s)  )

### CONSENT TO PROCEED BEFORE
### A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____          3 APRIL 2006
Attorney for the Plaintiff(s)             Date


_____          _____
Attorney for the Defendant(s)             Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United Sates Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.


_____          _____
United States District Judge              Date

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED
        TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

**WHAT IS THE PROCEDURE?**

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are not foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

**WHAT IS THE ADVANTAGE?**

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

CO-942A
Rev 3/95
Rev 7/99