# The Pervious Issue Page or Pages

# Has Been

# Validated

# as

# FRAUD

The following pages behind this page is evidence of **FRAUD**

**Attention:** Some information maybe withheld for further processing and presentation at a later date

Total number of pages are: __12__

CASE NUMBER: 1:06CV00194
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY ACT
DATE STAMP: 02/03/2006

003499
P2 071260

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

**Stein Mart**

SAMUEL L CLEMMONS
SSN: 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
Check No: 2660901

Mar Stat: S
Exempt: 03
Check Date: 2/25/00

Store/Dept: 092/MENS
Emp: 086671
Period End: 2/19/00

| AMOUNT | EARNINGS | HOURS | DEDUCTIONS | | YEAR TO DATE |
|---|---|---|---|---|---|
| 114.00 | REGULA | 15.20 | | | 114.00 |
| | | | FICA W/H | 7.07 | 7.07 |
| | | | MEDICARE W/H | 1.65 | 1.65 |
| 114.00 | TOTAL | 15.20 | DEDUCTIONS | 8.72 | NET PAY 105.28 |

Name as shown on return: **SAMUEL L CLEMMONS, JR**

Social Security Number: 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

QuickZoom to another W-2 Worksheet to enter another Form W-2 ▶
QuickZoom to W-2 and W-2G Summary to see a summary of Forms W-2 ▶

**Employer Name** .................... STEIN MART, INC.
Employer Name (Continued) ....................
Employer federal ID number *(See Help)* .................... 64-0466198
Check this box to automatically calculate lines 3 through 6 below ▶ X
Check this box if this is **Spouse's** W-2 ▶

---

**Form W-2 Wage and Tax Statement — 2000** — Copy B To Be Filed With Employee's FEDERAL Tax Return

OMB No. 1545-0008 | 16-0331690 | Department of the Treasury - Internal Revenue Service

a Control number: 3

c Employer's name, address, and ZIP code:
STEIN MART, INC.
200 RIVERPLACE BLVD.
JACKSONVILLE FL
32207-9046

b Employer's identification number: 64-0466198
d Employee's social security number: 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

e Employee's name, address, and ZIP code:
SAMUEL L CLEMMONS
3432D CHELSEA PARK LANE
NORCROSS GA 30092

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 114.00 |
| 2 | Federal income tax withheld | |
| 3 | Social security wages | 114.00 |
| 4 | Social security tax withheld | 7.07 |
| 5 | Medicare wages and tips | 114.00 |
| 6 | Medicare tax withheld | 1.65 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 9 | Advance EIC payment | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12 | Benefits included in Box 1 | |
| 13 | See Instr. for Box 13 | |
| 14 | Other | |

15 Statutory employee / Deceased / Pension plan / Legal rep. / Deferred compensation

| 16 State | Employer's state I.D. No | 17 State wages, tips, etc | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc | 21 Local income tax |
|---|---|---|---|---|---|---|
| GA | 1860191 | 114.00 | | | | |

---

**Form W-2 Wage and Tax Statement — 2000** — PRIMARY Copy 2 for EMPLOYEE'S State, City, or Local Income Tax Return

OMB No. 1545-0008 | 16-0331690 | Department of the Treasury—Internal Revenue Service

a Control number: 7833

c Employer's name, address, and ZIP code:
STEIN MART, INC.
200 RIVERPLACE BLVD.
JACKSONVILLE FL
32207-9046

b Employer's identification number: 64-0466198
d Employee's social security number: 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

e Employee's name, address, and ZIP code:
SAMUEL L CLEMMONS
3432D CHELSEA PARK LANE
NORCROSS GA 30092

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 114.00 |
| 2 | Federal income tax withheld | |
| 3 | Social security wages | 114.00 |
| 4 | Social security tax withheld | 7.07 |
| 5 | Medicare wages and tips | 114.00 |
| 6 | Medicare tax withheld | 1.65 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 9 | Advance EIC payment | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12 | Benefits included in Box 1 | |
| 13 | See Instr. for Box 13 | |
| 14 | Other | |

15 Statutory employee / Deceased / Pension plan / Legal rep. / Deferred compensation

| 16 State | Employer's state I.D. No | 17 State wages, tips, etc | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc | 21 Local income tax |
|---|---|---|---|---|---|---|
| GA | 1860191 | 114.00 | | | | |

---

| Code | Amount | If Box 13 code is: | |
|---|---|---|---|
| | | A: Enter amount attributable to RRTA Tier 2 tax | |
| | | M: Enter amount attributable to RRTA Tier 2 tax | |
| | | P: Double click to link to Form 3903, line 4 | |
| | | R: Enter MSA contribution for Taxpayer | |
| | | Spouse | |

| Box 14 Description | Amount | Type | Type description |
|---|---|---|---|
| | | | |
| | | | |
| | | | |