Juan Valdez

Inmate at Taft Institution

Reg. 14162-112
P.O. Box 7001/A3C
Taft, California 93268

April 24, 2006

Clerk's Office
United States District Court
For The District of Coloumbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:  Juan Valdez v. U.S. Department of Justice
     Civil Action No. 04-0950 (RMC)

Dear Clerk:

Please be advised that on August 1, 2005, I was transferred from the Federal Correctional Institution at Cumberland, which is located at P.O. Box 1000, Cumberland, MD 21501. Although after I arrived to this Institution I was on appeal then I changed with the appeals court and the defendant with my new placement of confinement.

However, please forward all documents and correspondence hereafter to plaintiff's new address, cited as:

Juan Valdez
Reg. 14162-112
P.O. Box 7001/A3C
Taft, California 93268

Thank you for kind attention and consideration in this matter.

Sincerely,

Juan Valdez

Enclosure(s)

cc. Fred E. Haynes
    Assistant U.S. Attorney
    Attorney for Defendant

RECEIVED
APR 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS

Plaintiff(s),

vs.                                         Civil Case No. 06-194 (RCL)

STEIN MART, INCORPORATE

Defendant(s).

## NOTICE REGARDING EXHIBIT

This Notice serves as a notification that Exhibit number 3 contains a microcassette which is available in the Clerk's Office for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

NANCY MAYER-WHITTINGTON

Clerk