UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

CIVIL ACTION NO: <u>1:06CV00194 (RCL)</u>

V

STEIN MART, INCORPORATE
1200 Riverplace Boulevard
Jacksonville, FL 32207

### AFFIDAVIT OF SERVICE

I, <u>Sam Clemmons</u>, hereby declare that on the <u>26 Day of April 2006</u>, the Defendant and Defendant's counsel was served a certified true copy of the <u>PLAINTIFF'S MOTION REQUEST FOR SUMMARY JUDGEMENT with the attached certified true copies of the Exhibits for the record to support the Plaintiff's claim.</u> The Defendant received such copies by certified first class mail with a return receipt <u># 7005 1820 0001 7572 5880</u> to the Defendant's counsel Foley & Lardner, LLP. Attached hereto is the green card

[Attached: USPS Domestic Return Receipt (PS Form 3811) addressed to Foley & Lardner, LLP, Attorney at Law, Washington Harbour, 3000 K Street NW Suite 500, Washington, DC 20007-5143; Article Number 7005 1820 0001 7572 5880; signed J.B.; date stamp 26 2006.]

RECEIVED
JUL 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT