UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS )<br>)<br>**Plaintiff**, *Pro se* )<br>)<br>v. )<br>)<br>STEIN MART, INC., )<br>)<br>**Defendant**. )<br>)<br>) | **Case No. 1:06-CV-00194**<br>**Judge Royce C. Lamberth** |

## ORDER

Upon consideration of Plaintiff's Motion Request to Subpoena Duces Tecum After Motion Request to Enter Discovery But Before Summary Judgment Has Been Issued, and the opposition thereto by Stein Mart, Inc., and for good cause having been shown, it is this _____ day of _____, 2006

ORDERED that Plaintiff's Motion be, and hereby is, DENIED.

_____
United States District Court Judge

Copies to:   Paul R. Monsees
Foley & Lardner LLP
Suite 500
3000 K Street, NW
Washington, DC  20007-5143

Sam L. Clemmons
548 Saint Charles Place
Brookhaven, MS  39601