UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

CIVIL ACTION NO: <u>1:06CV00194 (RCL)</u>

V

STEIN MART, INCORPORATE
1200 Riverplace Boulevard
Jacksonville, FL 32207

### AFFIDAVIT OF SERVICE

I, <u>Sam Clemmons</u>, hereby declare that on the <u>26 Day of April 2006</u>, the Defendant and Defendant's counsel was served a certified true copy of the <u>PLAINTIFF'S MOTION REQUEST FOR SUMMARY JUDGEMENT with the attached certified true copies of the Exhibits for the record to support the Plaintiff's claim.</u> The Defendant received such copies by certified first class mail with a return receipt <u># 7005 1820 0001 7572 5880</u> to the Defendant's counsel Foley & Lardner, LLP. Attached hereto is the green card

**RECEIVED**

JUL 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

[Domestic Return Receipt / PS Form 3811, February 2004 — certified mail green card addressed to Foley & Lardner, LLP, Attorney at Law, Washington Harbour, 3000 K Street, NW Suite 500, Washington, DC 20007-5143; Article Number 7005 1820 0001 7572 5880; signed and dated 4/26/06]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of July 2006, a true copy of the Plaintiff's **AFFIDAVIT OF SERVICE concerning the Plaintiff's MOTION REQUEST FOR SUMMARY JUDGMENT with attached certified true copies of the Exhibits for the record to support the Plaintiff's claim** was served by regular mail concerning case # 1:06CV00194 (RCL) :

To: Defendant's Counsel

Foley & Lardner, LLP
Attorney at Law
Washington Harbour
3000 K Street, NW Suite 500
Washington, DC 20007-5143

And

By FedEx Express Service to:
**Tracking #: 8553 1690 4760**

District Court for the District of Columbia
**Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 2001

_____
Sam L. Clemmons, Pro Se
548 Saint Charles Place
Brookhaven, MS 39601