UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

CIVIL ACTION NO: <u>1:06CV00194 (RCL)</u>

V

STEIN MART, INCORPORATE
1200 Riverplace Boulevard
Jacksonville, FL 32207

### AFFIDAVIT OF SERVICE

I, <u>Sam Clemmons</u>, hereby declare that on the <u>17th Day of July 2006</u>, the Defendant and Defendant's counsel was served a certified true copy of the <u>PLAINTIFF'S MOTION REQUEST TO SUBPOENA DUCES TECUM AFTER MOTION REQUEST TO ENTER DISCOVERY BUT BEFORE SUMMARY JUDGEMENT HAS BEEN ISSUED.</u>

The Defendant received such copies by certified first class mail with a return receipt <u># 7005 1827 0007 3370 8331</u> to the Defendant's counsel Foley & Lardner, LLP. Attached hereto is the green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FOLEY & LARDNER, LLP
ATTORNEY AT LAW
WASHINGTON HARBOUR
3000 K STREET, NW. SUITE 500
WASHINGTON, DC 20007-5143

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /-B   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Justin Bossert   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[Postmark: JUL 20 06 WASHINGTON DC]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0007 3370 8331

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**RECEIVED**
AUG 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clemmons
CHARLES PL
MS 39601
7956

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 31ST day of July 2006, a true copy of the **PLAINTIFF'S MOTION REQUEST TO SUBPOENA DUCES TECUM AFTER MOTION REQUEST TO ENTER DISCOVERY BUT BEFORE SUMMARY JUDGEMENT HAS BEEN ISSUED** was served by regular mail concerning case # 1:06CV00194 (RCL):

To: Defendant's Counsel

FOLEY & LARDNER, LLP
ATTORNEY AT LAW
WASHINGTON HARBOUR
3000 K STREET, NW SUITE 500
WASHINGTON, DC 20007-5143

And

By FedEx Express Service to:
**Tracking #: 8573 0084 4813**

District Court for the District of Columbia
**Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 2001

Sam L. Clemmons, Pro Se
548 Saint Charles Place
Brookhaven, MS 39601