UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS ) | CIVIL ACTION NO: |
| PLAINTIFF, PRO SE ) | |
| ) | 1:06CV00194(RCL) |
| vs. ) | |
| ) | |
| STEIN MART, INCORPORATE ) | July 18, 2006 |
| DEFENDANT ) | |
| ) | |
| ) | |

### PLAINTIFF OPPOSITION TO DEFENDANT'S RESPONSE AGAINST PLAINTIFF'S MOTION REQUEST TO SUBPOENA DUCES TECUM AND DEFENDANT'S CONTINUE MOTION REQUEST TO DISMISS AND NOW MOTION REQUEST TO STAY DISCOVERY ATTACHED WITH THE PLAINTIFF'S ORDER REQUEST BEFORE THE COURT

Comes now the Plaintiff wish to place such attached order in the record requesting the court to bring this case matter to a close by granting the Plaintiff his Motion Request for Summary Judgment against the Defendant's Motion request to dismiss that this court has not granted after the Plaintiff entry and showing of good cause through and by means of valid Exhibits by way of Affidavit of Service.

The Plaintiff seeks to Subpoena Duces Tecum to show the Court continue good cause against the Defendant to turn over all the necessary documents and witnesses to support their statements under a federal investigation. The Subpoena request was to show the Court if the Defendants had such evidence they

RECEIVED
AUG 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

would have provided it in the very initial approach of responding against such frivolous lawsuit the Defendants so claim.

Rule 45, Federal Rules of Civil Procedures, Part C & D does not states that ones has to be a licensed attorney, clerk or court to served such Defendants or witness a Subpoena in a Civil Case. I am the Plaintiff / *Pro Se* in this case and I should have the power and the rights to file, requests and submitted anything in this Court to bring such case number to a close so that the presiding Judge can render a fair and just summary judgment accordingly.

The Plaintiff did signed and consent to a Jury Trial in accordance with 28 U.S.C. § 636(c)(3). As of this Date the Defendant has refused to consent for unknown reasons.

The Subpoena Duces Tecum Request is part of the record now and such request was entered in a timely manner before the record was closed. If the Defendants wish not to submit their discovery to validate their statements or arguments then the record or docket should be closed with a summary judgment in whole but in favor of the Plaintiff.

The Plaintiff has provided the court with certified proof of truth to show such honorable court that the Defendants are a criminal enterprise that may have or should have been brought to justice a long time ago.

Sam L. Clemmons vs. Stein Mart, Inc. Attn: Corporate Attorney, 1200 Riverplace Blvd., Jacksonville, FL 32207

The rest of this proceeding is in the hands of the Court and the Judge. The Court and the Judge can compel the Defendant to produce their sides of the evidence to support their statements or arguments so that the judge can come to a fair but just decision in this case.

I rest and place this **ORDER** request in the hands of the judge so that the judge can now review the record as a whole and render the Plaintiff's Summary Judgment in whole.

Once again as always when considering a motion for summary judgment, it is known that the court must examine all evidence in the light most favorable to the plaintiff (nonmoving party). I would advised the defendant to consider case laws *Langley v. Adams County*, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933). When a moving party (the defendant) bears the burden of proof at trial is entitled to summary judgment only when the evidence indicates that no genuine issue of material fact exists. See **Fed. Rules Civ.Proc. Rule 217k2406(2) and Stein Mart, Inc.'s Code of Business Conduct and Ethics, Section (Good Faith Reporting of Wrongdoing)**. See *case law: Anthony v. United States*, 987 F.2d 670,672 (10th Cir.1993). If the moving party (the defendant) does not bear the burden of proof at trial, it must show "that there is an absence of evidence to support the nonmoving party's (the plaintiff) case" In this case the nonmoving party (the plaintiff) has expressed evidence to

support the plaintiff's claim; therefore, case law to consider: <u>Celotex Corp. v. Catrett</u>, 477 U.S. 317, 325, 106 S.Ct. 2548, 2554, 91 L.Ed.2d 265 (1986) holds no merit in this case matter. The Defendant Commercial Business Policy Insurance Company under Crime Insurance Policy, provided by the defendant (hereinafter the "Employers' Liability and Fiduciary Duty of the employer or employee", and therefore the defendant has sustained no loss in this action, nor did the plaintiff cause any hurt or harm to the defendant, the defendant caused this action or judgment upon itself (The Employer which is Stein Mart, Inc.).

Respectfully Submitted,

*/s/ Sam L. Clemmons*
Sam L. Clemmons, Plaintiff *Pro Se*
548 Saint Charles PL
Brookhaven, MS 39601

**Attachments:**

1. **ORDER**

2. **Consent Form** to **Proceed Before A United States Magistrate Judge for all Purpose in accordance with the provision of 28 U.S.C. § 636(c)(3)**

3. **Exhibit # 4: Defendant's Financial Statements showing ability to pay for this civil action suite in whole.**

Sam L. Clemmons vs. Stein Mart, Inc. Attn: Corporate Attorney, 1200 Riverplace Blvd., Jacksonville, FL 32207

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS<br><br>        Plaintiff<br><br>vs.<br><br>STEIN MART, INC.,<br><br>        Defendant | CIVIL ACTION NO:<br><br>1:06-CV-00194 (RCL)<br><br>**August 17, 2006** |

### ORDER

Upon consideration of the Plaintiff's Motion request for Summary Judgment after entering confirmed facts against the Defendant's Motion request to Dismiss. The Plaintiff has demonstrated good cause shown by means of Exhibits and timely responses.

The Plaintiff's Motions request should be granted including the Plaintiff's Motion Request to Subpoena Duces Tecum to bring this case matter before the court to a close.

ORDERED that the Defendant's Motion to Stay Discovery is DENIED, it is also ORDERED that the Defendant's Motion request to dismiss be DENIED. The Plaintiff's Motion Request to move forth for Summary Judgment is GRANTED.

SO ORDERED this _____ day of _____ 2006.

_____
United States District Court Judge

Copies to:

Samuel L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

Paul R. Monsees
Foley & Lardner LLP
Suite 500
3000 K Street, NW
Washington, DC 20007-5143

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM CLEMMONS )
)
V. )
) Civil Action No. 06 0194 RCL
STEIN MART, INC. )
)
_____ )
Defendant(s) )

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____          AUGUST 18, 2006
Attorney for the Plaintiff(s)                    Date


_____          _____
Attorney for the Defendant(s)                    Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United Sates Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_____          _____
United States District Judge                    Date

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

### WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are **not** foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

### WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

CO-942A
Rev 3/95
Rev 7/99

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>18th day of August 2006</u>, a true copy of the **PLAINTIFF OPPOSITION TO DEFENDANT'S RESPONSE AGAINST PLAINTIFF'S MOTION REQUEST TO SUBPOENA DUCES TECUM AND DEFENDANT'S CONTINUE MOTION REQUEST TO DISMISS AND NOW MOTION REQUEST TO STAY DISCOVERY ATTACHED WITH THE PLAINTIFF'S ORDER REQUEST BEFORE THE COURT** was served by regular mail concerning **case # 1:06CV00194 (RCL)**


To: Defendant's Counsel

Paul R. Monsees
Foley & Lardner LLP
Suite 500
3000 K Street, NW
Washington, DC 20007-5143

And


District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 2001


_(signature)_
Sam L. Clemmons, Pro Se
548 Saint Charles Place
Brookhaven, MS 39601

# THE ATTACHEMENTS SHOULD BE ENTERED IN THE RECORD BEHIND TAB # 4 WHICH IS

# EXHIBIT # 4

# THE OTHER PAGES SHOULD REPLACE THE PERVIOUS PAGE SUBMISSION IN THE RECORD DUE TO MINOR ERROR

SEE CASE NUMBER BELOW FOR FILING APPORIATELY

# 1:06CV00194 (RCL)

*ENTER THIS ONE INSTEAD OF THE REG MATL IN. WITHOUT EXHIBITS.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of August 2006, a true copy <u>additional</u> pages of the **<u>PLAINTIFF OPPOSITION TO DEFENDANT'S RESPONSE AGAINST PLAINTIFF'S MOTION REQUEST TO SUBPOENA DUCES TECUM AND DEFENDANT'S CONTINUE MOTION REQUEST TO DISMISS AND NOW MOTION REQUEST TO STAY DISCOVERY ATTACHED WITH THE PLAINTIFF'S ORDER REQUEST BEFORE THE COURT AND EXHIBIT # 4 ADDED TO THE RECORD</u>** has been served by regular mail concerning case # 1:06CV00194(RCL)

To:  Defendant's Counsel

Paul R. Monsees
Foley & Lardner LLP
Suite 500
3000 K Street, NW
Washington, DC 20007-5143

And

FedEx Express Service: Tracking # <u>8553 1690 4793</u>

U.S. District Court for the District of Columbia
**Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS<br>    PLAINTIFF,<br><br>vs.<br><br>STEIN MART, INCORPORATE<br>    DEFENDANT | CIVIL ACTION NO:<br><br>1:06CV00194(RCL)<br><br>August 18, 2006 |

## PLAINTIFF OPPOSITION TO DEFENDANT'S RESPONSE AGAINST PLAINTIFF'S MOTION REQUEST TO SUBPOENA DUCES TECUM AND DEFENDANT'S CONTINUE MOTION REQUEST TO DISMISS AND NOW MOTION REQUEST TO STAY DISCOVERY ATTACHED WITH THE PLAINTIFF'S ORDER REQUEST BEFORE THE COURT AND EXHIBIT # 4 ADDED TO THE RECORD

Comes now the Plaintiff wish to place such attached order in the record requesting the court to bring this case matter to a close by granting the Plaintiff his Motion Request for Summary Judgment against the Defendant's Motion request to dismiss that this court has not granted after the Plaintiff entry and showing of good cause through and by means of valid Exhibits by way of Affidavit of Service.

The Plaintiff seeks to Subpoena Duces Tecum to show the Court continue good cause against the Defendant to turn over all the necessary documents and witnesses to support their statements under a federal investigation. The Subpoena request was to show the Court if the Defendants had such evidence they

would have provided it in the very initial approach of responding against such frivolous lawsuit the Defendants so claim.

Rule 45, Federal Rules of Civil Procedures, Part C & D does not states that ones has to be a licensed attorney, clerk or court to served such Defendants or witness a Subpoena in a Civil Case. I am the Plaintiff / *Pro Se* in this case and I should have the power and the rights to file, requests and submitted anything in this Court to bring such case number to a close so that the presiding Judge can render a fair and just summary judgment accordingly.

The Plaintiff did signed and consent to a Jury Trial in accordance with 28 U.S.C. § 636(c)(3). As of this Date the Defendant has refused to consent for unknown reasons.

The Subpoena Duces Tecum Request is part of the record now and such request was entered in a timely manner before the record was closed. If the Defendants wish not to submit their discovery to validate their statements or arguments then the record or docket should be closed with a summary judgment in whole but in favor of the Plaintiff.

The Plaintiff has provided the court with certified proof of truth to show such honorable court that the Defendants are a criminal enterprise that may have or should have been brought to justice a long time ago.

Sam L. Clemmons vs. Stein Mart, Inc. Attn: Corporate Attorney, 1200 Riverplace Blvd., Jacksonville, FL 32207

3

The rest of this proceeding is in the hands of the Court and the Judge. The Court and the Judge can compel the Defendant to produce their sides of the evidence to support their statements or arguments so that the judge can come to a fair but just decision in this case.

I rest and place this **ORDER** request in the hands of the judge so that the judge can now review the record as a whole and render the Plaintiff's Summary Judgment in whole.

Once again as always when considering a motion for summary judgment, it is known that the court must examine all evidence in the light most favorable to the plaintiff (nonmoving party). I would advised the defendant to consider case laws *Langley v. Adams County*, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933). When a moving party (the defendant) bears the burden of proof at trial is entitled to summary judgment only when the evidence indicates that no genuine issue of material fact exists. See **Fed. Rules Civ.Proc. Rule 217k2406(2) and Stein Mart, Inc.'s Code of Business Conduct and Ethics, Section (Good Faith Reporting of Wrongdoing).** See case law: *Anthony v. United States*, 987 F.2d 670,672 (10th Cir.1993). If the moving party (the defendant) does not bear the burden of proof at trial, it must show "that there is an absence of evidence to support the nonmoving party's (the plaintiff) case" In this case the nonmoving party (the plaintiff) has expressed evidence to

support the plaintiff's claim; therefore, case law to consider: *Celotex Corp. v. Catrett*, 477 U.S. 317, 325, 106 S.Ct. 2548, 2554, 91 L.Ed.2d 265 (1986) holds no merit in this case matter. The Defendant Commercial Business Policy Insurance Company under Crime Insurance Policy, provided by the defendant (hereinafter the "Employers' Liability and Fiduciary Duty of the employer or employee", and therefore the defendant has sustained no loss in this action, nor did the plaintiff cause any hurt or harm to the defendant, the defendant caused this action or judgment upon itself (The Employer which is Stein Mart, Inc.).

Respectfully Submitted,

Sam L. Clemmons, Plaintiff *Pro Se*
548 Saint Charles PL
Brookhaven, MS 39601

**Attachments:**

1. **ORDER**

2. **Consent Form to Proceed Before A United States Magistrate Judge for all Purpose in accordance with the provision of 28 U.S.C. § 636(c)(3)**

3. **Exhibit # 4: Defendant's Financial Statements showing ability to pay for this civil action suite in whole. [RED TAB]- FISCAL YEAR 2006, [WHITE TAB] - FISCAL YEAR 2003, [BLUE TAB] - FISCAL YEAR 2000.**

Sam L. Clemmons vs. Stein Mart, Inc. Attn: Corporate Attorney, 1200 Riverplace Blvd., Jacksonville, FL 32207

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS )<br>)<br>    Plaintiff )<br>)<br>vs. )<br>)<br>STEIN MART, INC., )<br>)<br>    Defendant )<br>_____) | CIVIL ACTION NO:<br><br>1:06-CV-00194 (RCL)<br><br>August 17, 2006 |

## ORDER

Upon consideration of the Plaintiff's Motion request for Summary Judgment after entering confirmed facts against the Defendant's Motion request to Dismiss. The Plaintiff has demonstrated good cause shown by means of Exhibits and timely responses.

The Plaintiff's Motions requests should be granted including the Plaintiff's Motion Request to Subpoena Duces Tecum to bring this case matter before the court to a close.

IT IS HEREBY ORDERED that the Defendant's Motion to Stay Discovery is DENIED, it is also ORDERED that the Defendant's Motion request to dismiss be DENIED. The Plaintiff's Motion Request to move forth for Summary Judgment is GRANTED.

SO ORDERED this _____ day of _____ 2006.

_____
United States District Court Judge

Copies to:

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

Paul R. Monsees
Foley & Lardner LLP
Suite 500
3000 K Street, NW
Washington, DC 20007-5143

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM CLEMMONS    )
                )
V.              )   Civil Action No. 06 0194 RCL
                )
STEIN MART, INC. )
                )
    Defendant(s) )

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____           August 18, 2006
Attorney for the Plaintiff(s)        Date


_____           _____
Attorney for the Defendant(s)        Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United Sates Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_____           _____
United States District Judge         Date

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED
      TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

### WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are not foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

### WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

CO-942A
Rev 3/95
Rev 7/99

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>18th day of August 2006</u>, a true copy of the **PLAINTIFF OPPOSITION TO DEFENDANT'S RESPONSE AGAINST PLAINTIFF'S MOTION REQUEST TO SUBPOENA DUCES TECUM AND DEFENDANT'S CONTINUE MOTION REQUEST TO DISMISS AND NOW MOTION REQUEST TO STAY DISCOVERY ATTACHED WITH THE PLAINTIFF'S ORDER REQUEST BEFORE THE COURT** was served by regular mail concerning **case # 1:06CV00194 (RCL)**

To: Defendant's Counsel

Paul R. Monsees
Foley & Lardner LLP
Suite 500
3000 K Street, NW
Washington, DC 20007-5143

And

District Court for the District of Columbia
**Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 2001

_____
Sam L. Clemmons, Pro Se
548 Saint Charles Place
Brookhaven, MS 39601