# Notes to Financial Statements

The effects of applying this Statement for pro forma disclosures are not likely to be representative of the effects on reported net income for future years, because options vest over several years and additional awards are made each year. In determining the pro forma compensation cost, the weighted-average fair value of options granted during fiscal 2003, 2002 and 2001 was estimated to be $3, $5 and $5, respectively, using the Black-Scholes options pricing model. The following weighted-average assumptions were used for grants made during 2003, 2002 and 2001: dividend yield of 0.0%, expected volatility of 51.8%, 51.9% and 51.7%, respectively, risk-free interest rate of 3.0%, 3.8% and 4.8%, respectively and expected lives of 5.0, 5.0 and 7.0, respectively.

## 2. Discontinued Operations

Two of the stores closed during the fourth quarter of 2003 (see Note 3) resulted in the exit from the New Mexico market. SFAS No. 144 requires closed stores to be classified as discontinued operations when the operations and cash flows of the stores have been eliminated from ongoing operations. To determine if cash flows have been eliminated from ongoing operations, management evaluated a number of factors, including: proximity to a remaining store, physical location within a metropolitan or non-metropolitan area and transferability of sales between open and closed locations. Based on these criteria, management determined that those two closed stores should be accounted for as discontinued operations. The prior years' operating activities for these two stores have also been reclassified to "Loss from discontinued operations" in the accompanying Statements of Operations.

Discontinued operations generated sales of $6.2 million, $7.0 million and $7.0 million, in 2003, 2002 and 2001, respectively. Loss from discontinued operations includes the following components:

|  | 2003 | 2002 | 2001 |
|---|---|---|---|
| Loss from operations | $(2,696) | $(461) | $(481) |
| Income tax benefit | 1,024 | 175 | 183 |
| Loss from discontinued operations, net of tax benefit | $(1,672) | $(286) | $(298) |

See Note 3 for a description of store closing costs and asset impairment charges included in loss from discontinued operations for 2003.

## 3. Store Closing Charges and Impairment of Long-Lived Assets

In January 2004, the Company announced plans to close six stores and to relocate three other stores in 2004 within the same metropolitan areas. A pre-tax asset impairment charge of $1.3 million was recorded during 2003 to reduce the carrying value of property and equipment for these nine stores to their respective fair value. A $1.6 million inventory charge was also recorded to reduce merchandise inventories in these stores to their estimated realizable value. The estimated charges that will be recorded in 2004 are approximately $1.5 million for the present value of lease termination costs and severance charges.

The Company closed 16 under-performing stores during 2003 incurring pre-tax charges of $6.7 million for the present value of lease termination costs. The Company also incurred pre-tax asset impairment charges of $2.6 million during 2003 and $2.4 million during 2002 to reduce the carrying value of property and equipment of these and certain other under-performing stores to their respective estimated fair value. Severance costs of $0.9 million were also incurred during 2003. Lease termination costs are net of estimated sublease income that could reasonably be obtained for the properties. In the event the Company is not successful in subleasing closed store locations when management expects, additional reserves for store closing costs may be recorded. All of these charges are included in selling, general and administrative expenses in the Statement of Operations for 2003 and 2002, except for $349,000 in 2003 and $50,000 in 2002 which are included in loss from discontinued operations.

During 2001, the Company recorded a pre-tax charge of $2.9 million, including $2.2 million for the estimated cost of lease terminations and $0.7 million for the impairment of certain property and equipment for four stores that were closed in 2002. The charges are included in selling, general and administrative expenses in the Statement of Operations for 2001.

The following tables show the activity in the store closing reserve (in thousands):

|  | Feb. 1, 2003 | Charges | Payments | Jan. 31, 2004 |
|---|---|---|---|---|
| Continuing operations: |  |  |  |  |
| Lease termination costs | $4,982 | $6,561 | $(2,763) | $8,780 |
| Severance | – | 736 | (586) | 150 |
| Other | – | 105 | – | 105 |
|  | 4,982 | 7,402 | (3,349) | 9,035 |
| Discontinued operations: |  |  |  |  |
| Lease termination costs | – | 172 | (13) | 159 |
| Severance | – | 135 | (135) | – |
|  | – | 307 | (148) | 159 |
| Total store closing reserve | $4,982 | $7,709 | $(3,497) | $9,194 |

# Stein Mart, Inc.

|  | Feb. 2, 2002 | Charges | Payments | Feb. 1, 2003 |
|---|---|---|---|---|
| Continuing operations: | | | | |
| Lease termination costs | $5,680 | $ 113 | $ (811) | $4,982 |

|  | Feb. 3, 2001 | Charges | Payments | Feb. 2, 2002 |
|---|---|---|---|---|
| Continuing operations: | | | | |
| Lease termination costs | $4,984 | $2,206 | $(1,510) | $5,680 |

The store closing reserve at January 31, 2004, February 1, 2003 and February 2, 2002 includes a current portion (in accrued liabilities) of $2.8 million, $1.5 million and $1.0 million, respectively, and a long-term portion (in other liabilities) of $6.4 million, $3.5 million and $4.7 million, respectively.

The table below sets forth the components of loss from operations for stores closed in 2003, 2002 and 2001. The 2003 table presents the losses from the 16 stores that closed in 2003; the 2002 table presents the sum of the losses from the 16 stores closed in 2003 and the four stores closed in 2002; and the 2001 table presents the sum of the losses of the 16 stores closed in 2003, the four stores closed in 2002 and the three stores closed in 2001.

| | Operating Results Of Closed Stores Included In: | | |
|---|---|---|---|
| Year ended January 31, 2004: | Continuing Operations | Discontinued Operations | Total Closed Stores |
| Sales | $ 27,358 | $ 6,175 | $ 33,533 |
| Cost of sales | 30,962 | 6,765 | 37,727 |
| Gross margin | (3,604) | (590) | (4,194) |
| Selling, general and administrative expenses | 16,639 | 2,139 | 18,778 |
| Other income, net | 202 | 33 | 235 |
| Loss from operations | $(20,041) | $(2,696) | $(22,737) |
| # of stores closed in 2003 | 14 | 2 | 16 |

| Year ended February 1, 2003: | Continuing Operations | Discontinued Operations | Total Closed Stores |
|---|---|---|---|
| Sales | $54,082 | $7,035 | $61,117 |
| Cost of sales | 46,535 | 5,501 | 52,036 |
| Gross margin | 7,547 | 1,534 | 9,081 |
| Selling, general and administrative expenses | 17,721 | 2,078 | 19,799 |
| Other income, net | 771 | 83 | 854 |
| Loss from operations | $(9,403) | $ (461) | $(9,864) |
| # of stores closed in 2003 and 2002 | 18 | 2 | 20 |

| Year ended February 2, 2002: | Continuing Operations | Discontinued Operations | Total Closed Stores |
|---|---|---|---|
| Sales | $ 63,923 | $7,046 | $ 70,969 |
| Cost of sales | 53,491 | 5,617 | 59,108 |
| Gross margin | 10,432 | 1,429 | 11,861 |
| Selling, general and administrative expenses | 21,809 | 2,004 | 23,813 |
| Other income, net | 928 | 94 | 1,022 |
| Loss from operations | $(10,449) | $ (481) | $(10,930) |
| # of stores closed in 2003, 2002 and 2001 | 21 | 2 | 23 |

## Notes to Financial Statements

### 4. Property and Equipment, Net

Property and equipment and the related accumulated depreciation and amortization are as follows:

|  | Jan. 31, 2004 | Feb. 1, 2003 |
|---|---|---|
| Furniture, fixtures and equipment | $151,100 | $145,285 |
| Leasehold improvements | 51,017 | 49,471 |
|  | 202,117 | 194,756 |
| Less: accumulated depreciation and amortization | 125,183 | 108,405 |
|  | $ 76,934 | $ 86,351 |

### 5. Accrued Liabilities

The major components of accrued liabilities are as follows:

|  | Jan. 31, 2004 | Feb. 1, 2003 |
|---|---|---|
| Compensation and employee benefits | $14,389 | $13,302 |
| Unredeemed gift and returns cards | 14,434 | 12,545 |
| Property taxes | 10,668 | 10,323 |
| Payroll and other taxes | 6,312 | 4,772 |
| Store closing reserve | 2,827 | 1,461 |
| Other | 12,085 | 11,004 |
|  | $60,715 | $53,407 |

### 6. Notes Payable to Banks

In July 2003, the Company completed a three-year $150 million senior revolving credit agreement (the "Agreement") with a group of lenders to replace its existing loan facility. Under the terms of the Agreement, the Company has the option to increase the facility by an additional $25 million and to extend the terms for an additional year.

Borrowings under the Agreement are based on and secured by eligible inventory. The Company routinely issues commercial and standby letters of credit for purposes of securing foreign sourced merchandise and certain insurance programs. Outstanding letters of credit reduce availability under the credit agreement. The Company had outstanding commercial and stand-by letters of credit of $0.2 million and $5.5 million, respectively, at January 31, 2004.

The interest rates on borrowings under the Agreement range from Prime to Prime plus .25% per annum for Prime Rate Loans and LIBOR plus 1.50% to LIBOR plus 2.25% per annum for Eurodollar Rate Loans and are established quarterly, based on excess availability as defined in the Agreement. As of January 31, 2004, the interest rates for Prime Rate and Eurodollar Rate Loans were 4.13% and 2.85%, respectively. An unused line fee of .25% to .375% per annum (.375% as of January 31, 2004) is charged on the unused portion of the revolving credit facility, based on excess availability. The Company was in full compliance with the terms of the Agreement as of January 31, 2004.

All borrowings bear interest at variable rates that approximate current market rates and therefore the carrying value of these borrowings approximates fair value.

Notes payable to banks was classified as current at February 1, 2003 because management's projections indicated that the Company would not be in compliance with certain of the financial covenants under the previous credit agreement as of the end of the first quarter 2003.

### 7. Leased Facilities and Commitments

The Company leases all of its retail and support facilities. Annual store rent is generally comprised of a fixed minimum amount plus a contingent amount based on a percentage of sales exceeding a stipulated amount. Most leases also require additional payments covering real estate taxes, common area costs and insurance.

Rent expense is as follows:

|  | 2003 | 2002 | 2001 |
|---|---|---|---|
| Minimum rental | $62,869 | $60,805 | $55,278 |
| Contingent rentals | 441 | 678 | 889 |
|  | $63,310 | $61,483 | $56,167 |

At January 31, 2004, for the majority of its retail and corporate facilities, the Company was committed under noncancellable leases with remaining terms of up to 15 years. Future minimum payments under noncancellable leases are:

| 2004 | $ 62,046 |
|---|---|
| 2005 | 57,822 |
| 2006 | 52,761 |
| 2007 | 47,829 |
| 2008 | 42,395 |
| Thereafter | 131,925 |
|  | $394,778 |

During all periods presented, the Company subleased the space for shoe and fragrance departments in all of its stores. As of March 2003, the Company owns and operates the fragrance department. Sales from leased departments are excluded from sales of the Company. Sublease rental income of $12,097,300, $12,440,500 and $12,524,700, is included in other income, net in the Statements of Operations for 2003, 2002 and 2001, respectively.

8. Income Taxes

The income tax provision is as follows:

|  | 2003 | 2002 | 2001 |
|---|---|---|---|
| Current: |  |  |  |
| Federal | $3,783 | $ 3,374 | $13,440 |
| State | 324 | 289 | 1,152 |
| Total | 4,107 | 3,663 | 14,592 |
| Deferred: |  |  |  |
| Federal | (1,597) | 8,467 | (4,604) |
| State | (137) | 726 | (395) |
| Total | (1,734) | 9,193 | (4,999) |
| Income tax provision | $2,373 | $12,856 | $ 9,593 |

The income tax provision excludes the income tax benefit related to losses from discontinued operations in the amount of $1.0 million in 2003 and $0.2 million in 2002 and 2001 (see Note 2).

Income taxes at the federal statutory rate of 35 percent differ from amounts provided as follows:

|  | 2003 | 2002 | 2001 |
|---|---|---|---|
| Federal tax at the statutory rate | $2,186 | $11,841 | $8,836 |
| State income taxes, net of federal benefit | 324 | 536 | 466 |
| Other, net | (137) | 479 | 291 |
| Total income tax provision | $2,373 | $12,856 | $9,593 |
| Effective income tax rate | 38.0% | 38.0% | 38.0% |

25

## Notes to Financial Statements

Temporary differences, which give rise to deferred tax assets and liabilities, are as follows:

|  | Jan. 31, 2004 | Feb. 1, 2003 |
|---|---|---|
| **Deferred tax assets:** | | |
| Store closing reserves | $ 3,437 | $ 1,893 |
| Accrued liabilities | 3,752 | 2,863 |
| NOL carryforward | 684 | 241 |
| Other | 14 | – |
|  | 7,887 | 4,997 |
| **Deferred tax liabilities:** | | |
| Property and equipment | 13,139 | 13,064 |
| Inventory | 2,971 | 3,060 |
| Prepaid items | 1,670 | 500 |
|  | 17,780 | 16,624 |
| Net deferred tax liability | $(9,893) | $(11,627) |

At January 31, 2004, the Company had approximately $16 million in state net operating loss ("NOL") carryforwards, which the Company anticipates utilizing in 2004.

Deferred tax assets and liabilities are reflected on the Company's Balance Sheets as follows:

|  | Jan. 31, 2004 | Feb. 1, 2003 |
|---|---|---|
| Current deferred tax liabilities (included in accrued liabilities) | $ (201) | $ – |
| Current deferred tax assets (included in prepaid expenses and other current assets) | – | 196 |
| Non-current deferred tax liabilities (included in other liabilities) | (9,692) | (11,823) |
| Net deferred tax liability | $(9,893) | $(11,627) |

The exercise of certain stock options which have been granted under the Company's stock option plans gives rise to compensation which is includable in the taxable income of the applicable employees and deductible by the Company for federal and state income tax purposes. Such compensation results from increases in the market value of the Company's common stock subsequent to the date of grant of the applicable exercised stock options, and in accordance with Accounting Principles Board Opinion No. 25, such compensation is not recognized as an expense for financial accounting purposes and the related tax benefits are recorded directly in paid-in capital.

### 9. Stockholders' Equity

During 2003, 2002 and 2001, the Company repurchased 50,000, 220,000, and 657,600 shares of its common stock in the open market at a total cost of $212,000, $1,501,000 and $6,019,000, respectively. As of January 31, 2004, there are 1,994,200 shares which can be repurchased pursuant to the Board of Directors' current authorizations.

### 10. Stock Option and Purchase Plans

In 2001, the shareholders approved a new stock option plan (the "Omnibus Plan"), under which a maximum of 4,500,000 shares of the Company's common stock may be issued. Shares covered by unexercised options that terminate or shares that are forfeited may be subject to new awards. The Omnibus Plan replaced the Company's Employee Stock and Director Stock Option Plans (the "Previous Plans") under which there were 3,098,048 options to purchase shares outstanding as of January 31, 2004. Upon approval of the Omnibus Plan, no further options have been or will be issued under the Previous Plans. The term of the Omnibus Plan is indefinite, except that no incentive stock option award can be granted after the tenth anniversary of the plan.

## Stein Mart, Inc.

In 2002, the Compensation Committee of the Board of Directors determined that it was appropriate to undertake an overall review of the Company's compensation strategies. As part of this review, it was decided that starting in fiscal 2003 restricted stock awards, as provided for in the Omnibus Plan, in addition to stock options would be granted as part of the Long-term Compensation portion of the compensation program. A total of 72,026 restricted shares were issued to key employees in May 2003 at $5.53 per share, the market value at date of grant. At January 31, 2004, these awards, net of forfeitures, aggregated 62,532 shares. Shares awarded under the plan entitle the shareholder to all rights of common stock ownership except that the shares may not be sold, transferred, pledged, exchanged or otherwise disposed of during the restriction period. Vesting occurs seven years following the date of the grant or at the end of the second fiscal year following date of grant, if certain defined Company performance goals are achieved. Unvested shares are forfeited upon termination of employment.

The Omnibus Plan, consistent with the Previous Plans, provides that shares of common stock may be granted to certain key employees and outside directors through non-qualified stock options, incentive stock options, stock appreciation rights, performance awards, restricted stock, or any other award made under the terms of the plan. The Board of Directors, or its delegated authority, determines the exercise price and all other terms of all grants. In general, one-third of the options granted in the past have become exercisable on the third, fourth and fifth anniversary dates of grant and expire ten years after the date of grant. No stock appreciation rights have been granted under this or the prior plan.

Activity for these fixed-price option plans is as follows:

|  | Number of Shares (000) | Weighted- Average Exercise Price |
|---|---|---|
| Outstanding at February 3, 2001 | 4,542 | $10.63 |
| Granted | 1,146 | 8.54 |
| Exercised | (549) | 3.58 |
| Forfeited | (359) | 13.90 |
| Outstanding at February 2, 2002 | 4,780 | 10.70 |
| Granted | 514 | 10.63 |
| Exercised | (166) | 4.58 |
| Forfeited | (97) | 10.49 |
| Outstanding at February 1, 2003 | 5,031 | 10.90 |
| Granted | 303 | 4.74 |
| Exercised | (251) | 4.79 |
| Forfeited | (727) | 9.06 |
| Outstanding at January 31, 2004 | 4,356 | $11.13 |

Exercisable stock options were 2.611 million, 2.625 million and 2.004 million, at January 31, 2004, February 1, 2003 and February 2, 2002, respectively.

The following table summarizes information about fixed-price stock options outstanding at January 31, 2004:

| | Options Outstanding | | | Options Exercisable | |
|---|---|---|---|---|---|
| Range of Exercise Prices | Number Outstanding (000) | Weighted- Average Remaining Contractual Life (Years) | Weighted- Average Exercise Price | Number Exercisable (000) | Weighted- Average Exercise Price |
| $ 5.00 – 7.00 | 588 | 5.4 | $ 6.04 | 320 | $ 6.19 |
| $ 7.75 – 10.19 | 1,192 | 6.7 | 8.45 | 252 | 8.91 |
| $10.90 – 13.82 | 2,106 | 4.2 | 13.11 | 1,630 | 13.67 |
| $14.25 – 16.59 | 470 | 4.3 | 15.40 | 409 | 15.41 |
| | 4,356 | 5.0 | $11.13 | 2,611 | $11.13 |

The Company has an Employee Stock Purchase Plan (the "Stock Purchase Plan") whereby all employees who complete six months employment with the Company and who work on a full-time basis or are regularly scheduled to work more than 20 hours per week are eligible to participate in the Stock Purchase Plan. Participants in the Stock Purchase Plan are permitted to use their payroll deductions to acquire shares at 85% of the fair market value of the Company's stock determined at either the beginning or end of each option period. In 2003, 2002 and 2001, the participants acquired 179,902 shares, 173,048 shares and 127,220 shares of the Company's common stock at weighted-average per share prices of $4.92, $5.94 and $7.84 per share, respectively.

### 11. Employee Benefit Plans

The Company has a defined contribution retirement plan covering employees who are at least 21 years of age, have completed at least one year of service and who work at least 1,000 hours annually. Under the profit sharing portion of the plan, the Company can make discretionary contributions which vest at a rate of 20 percent per year after two years of service. The Company matches 50 percent of the employee's voluntary pre-tax contributions up to a maximum of four percent of the employee's compensation. The Company's matching portion vests in accordance with the plan's vesting schedule. Total Company contributions under the retirement plan were $1,044,000, $1,627,000 and $1,571,000 for 2003, 2002 and 2001, respectively.

The Company has an executive split dollar life insurance plan wherein eligible executives are provided with pre-retirement life insurance protection based upon three to five times base salary. Upon retirement, the executive is provided with life insurance protection based upon one and one-half to two and one-half times final base salary. The expense for this plan was $229,000, $331,000 and $293,000 in 2003, 2002 and 2001, respectively.

The Company also has an executive deferral plan providing officers and key executives with the opportunity to participate in an unfunded, deferred compensation program. Effective November 1, 2002, the plan was amended to include director-level employees. Under the program, participants may defer up to 100% of their base compensation and bonuses earned. The Company will match the officers and key executives' contributions 100%, and the directors' contributions 50%, up to the first 10% of compensation deferred. A participant's Company matching contributions and related investment earnings are 20% vested after four years of participation in the plan and increase 20% per year through the eighth year, at which time a participant is fully vested. The total of participant deferrals and Company matching contributions was $3,446,000 at January 31, 2004, $2,286,000 at February 1, 2003 and $1,504,000 at February 2, 2002 and is included in other liabilities. The expense for this plan was $747,000, $611,000 and $495,000 in 2003, 2002 and 2001, respectively.

In connection with the above two plans, whole life insurance contracts were purchased on the related participants. At January 31, 2004 and February 1, 2003 the cash surrender value of these policies was $5,515,000 and $3,132,000, respectively, and is included in other assets.

### 12. Quarterly Results of Operations (Unaudited)

The Company's quarterly operating results have been restated to reflect discontinued operations (Note 2) for all periods presented.

| | 13 Weeks Ended | | | |
|---|---|---|---|---|
| Year Ended January 31, 2004 | May 3, 2003 | Aug. 2, 2003 | Nov. 1, 2003 | Jan. 31, 2004 |
| Net sales | $329,050 | $301,767 | $314,479 | $410,161 |
| Gross profit | 83,416 | 70,962 | 73,679 | 112,705 |
| Income (loss) from continuing operations | 1,685 | (2,648) | (10,060) | 14,896 |
| Loss from discontinued operations | (172) | (125) | (339) | (1,036) |
| Net income (loss) | $ 1,513 | $ (2,773) | $(10,399) | $ 13,860 |
| Basic income (loss) per share: | | | | |
| Continuing operations | $0.04 | $(0.07) | $(0.24) | $0.36 |
| Discontinued operations | – | – | (0.01) | (0.03) |
| Total | $0.04 | $(0.07) | $(0.25) | $0.33 |
| Diluted income (loss) per share: | | | | |
| Continuing operations | $0.04 | $(0.07) | $(0.24) | $0.36 |
| Discontinued operations | – | – | (0.01) | (0.03) |
| Total | $0.04 | $(0.07) | $(0.25) | $0.33 |

## Stein Mart, Inc.

| Year Ended February 1, 2003 | 13 Weeks Ended | | | |
|---|---|---|---|---|
| | May 4, 2002 | Aug. 3, 2002 | Nov. 2, 2002 | Feb. 1, 2003 |
| Net sales | $354,292 | $309,882 | $331,139 | $406,300 |
| Gross profit | 96,163 | 77,729 | 73,318 | 99,787 |
| Income (loss) from continuing operations | 11,430 | 2,830 | (3,768) | 10,484 |
| Loss from discontinued operations | (62) | (55) | (75) | (94) |
| Net income (loss) | $ 11,368 | $ 2,775 | $ (3,843) | $ 10,390 |
| Basic income (loss) per share: | | | | |
|    Continuing operations | $0.27 | $0.07 | $(0.09) | $0.25 |
|    Discontinued operations* | – | – | – | – |
| Total | $0.27 | $0.07 | $(0.09) | $0.25 |
| Diluted income (loss) per share: | | | | |
|    Continuing operations | $0.27 | $0.07 | $(0.09) | $0.25 |
|    Discontinued operations* | – | – | – | – |
| Total | $0.27 | $0.07 | $(0.09) | $0.25 |

\*   Loss per share from discontinued operations rounds to zero on a quarterly basis, but rounds to $(0.01) for the year ended February 1, 2003.

### 13. Legal Proceedings

The Company is involved in various routine legal proceedings incidental to the conduct of its business. Management, based upon the advice of outside legal counsel, does not believe that any of these legal proceedings will have a material adverse effect on the Company's financial condition, results of operations or cash flows.

# Report of Independent Certified Public Accountants

**PricewaterhouseCoopers**

To the Board of Directors
and Stockholders of Stein Mart, Inc.

In our opinion, the accompanying financial statements appearing on pages 16 through 29 of this annual report present fairly, in all material respects, the financial position of Stein Mart, Inc. at January 31, 2004 and February 1, 2003, and the results of its operations and its cash flows for each of the three years in the period ended January 31, 2004, in conformity with accounting principles generally accepted in the United States of America. These financial statements are the responsibility of the Company's management; our responsibility is to express an opinion on these financial statements based on our audits. We conducted our audits of these statements in accordance with auditing standards generally accepted in the United States of America, which require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

*PricewaterhouseCoopers LLP*

Jacksonville, Florida
March 19, 2004

# Stein Mart, Inc. Corporate Officers & Board of Directors

## Executive Officers

Michael D. Fisher
*President & Chief Executive Officer*

James G. Delfs
*Senior Vice President & Chief Financial Officer*

D. Hunt Hawkins
*Senior Vice President, Human Resources*

Michael D. Ray
*Senior Vice President, Director of Stores*

## Vice Presidents

### Corporate

W. Michael Allen, *Real Estate*
David W. Bothe, *Marketing, Advertising and Sales Promotion*
Carl D. Davis, *Administration*
Ronald G. Hughes, *Distribution and Traffic*
Joseph Martinolich, *Internal Audit, Safety and Security*
Roseann McLean, *Planning and Allocation*
Clayton E. Roberson, Jr., *Controller*
Matthew K. Votaw, *Information Systems*

### Regional Directors of Stores

Robert H. Brooks         Jim C. Love
Roy E. Roberts           Diane Tarman

### General Merchandising Managers

William A. Moll, *Ladies', Boutique, Dresses and Intimate Apparel*
John H. Pennell, *Men's, Children's and Accessories*
Patricia A. Stagner, *Gifts and Linens*

## Board of Directors


Jay Stein, Chairman of the Board, Stein Mart, Inc. Formerly a director of American Heritage Life Insurance Company and Promus Hotel Corporation.


Linda McFarland Farthing, Former President and Director of Friedman's, Inc. and Cato Corporation. *Chairperson, Audit committee; Corporate Governance committee.*


Richard L. Sisisky, President, The Shircliff & Sisisky Company. Former president, chief operating officer and director of Parker Vision, Inc. *Audit committee; Corporate Governance committee.*


Michael D. Fisher, President and Chief Executive Officer, Stein Mart, Inc.


Mitchell W. Legler, Esquire, Kirschner & Legler, P.A. General counsel to the Company since 1991.


Martin E. "Hap" Stein, Jr. Chairman and Chief Executive Officer of Regency Centers Corporation. Director of Patriot Transportation Holding, Inc. *Compensation committee; Corporate Governance committee.*


John H. Williams, Jr., Vice Chairman of the Board and former President and Chief Executive Officer, Stein Mart, Inc. Director of SunTrust Bank, North Florida N.A.


Michael D. Rose, Private Investor. Chairman, Gaylord Entertainment. Former Chairman, Promus Hotel Corporation and Harrah's Entertainment, Inc. Director of Darden Restaurants, Inc., First Tennessee National Corporation, Felcor Lodging Trust, Inc and General Mills, Inc. *Lead Director; Compensation committee; Corporate Governance committee.*


J. Wayne Weaver, Chairman and Chief Executive Officer of LC Footwear, L.L.C., the licensed shoe division of Liz Claiborne, Inc.; Chairman of Shoe Carnival, Inc.; and Chairman, Chief Executive Officer and majority owner of the Jacksonville Jaguars. *Corporate Governance committee.*


Alvin R. "Pete" Carpenter, Former Vice Chairman, CSX Corporation. Also a director of Regency Centers Corporation and Florida Rock Industries, Inc. *Chairman, Compensation committee; Corporate Governance committee.*


James H. Winston, LPMC, a real estate investment firm based in Jacksonville, Florida. President and director of Omega Insurance Company and Citadel Life & Health Insurance Company. Also a director of Patriot Transportation Holding, Inc., Winston Hotels and Scott-McRae Group, Inc. *Audit committee; Corporate Governance committee.*

31

## Corporate headquarters

Stein Mart, Inc.
1200 Riverplace Boulevard
Jacksonville, FL 32207
(904) 346-1500
*www.steinmart.com*

## Annual meeting of stockholders

The annual meeting of stockholders will be held at two o'clock in the afternoon, Tuesday, June 8, 2004 at The Cummer Gallery of Art and Gardens, Jacksonville, Florida.

## Transfer Agent and Registrar

Mellon Investor Services LLC
P. O. Box 3315
South Hackensack, NJ 07606-1915
1-800-756-3353
*www.melloninvestor.com*

## Legal Counsel

Mitchell W. Legler
Kirschner & Legler, P.A.
300A Wharfside Way
Jacksonville, Florida 32207

## Independent Auditors

PricewaterhouseCoopers LLP
Jacksonville, Florida

## Common stock information

Stein Mart's common stock trades on The Nasdaq Stock Market® under the trading symbol SMRT. On April 8, 2004, there were 1,160 stockholders of record.

The following table reflects the high and low sales prices of the common stock for each fiscal quarter in 2002 and 2003.

## Stock prices by quarter

| Quarter ending dates | High | Low |
| --- | --- | --- |
| May 4, 2002 | $12.12 | $8.74 |
| August 3, 2002 | $12.32 | $6.89 |
| November 2, 2002 | $ 8.75 | $5.37 |
| February 1, 2003 | $ 7.85 | $5.20 |
| May 3, 2003 | $ 5.69 | $4.22 |
| August 2, 2003 | $ 6.27 | $5.35 |
| November 1, 2003 | $ 7.58 | $5.00 |
| January 31, 2004 | $10.94 | $7.07 |

The Company intends to reinvest future earnings in the business and accordingly does not anticipate paying dividends in the foreseeable future.

## Financial information

Copies of the Annual Report, Form 10-K and other financial reports are available without charge by written request to: Stockholder Relations, Stein Mart, Inc., 1200 Riverplace Boulevard, Jacksonville, FL 32207. Current and past news releases, all SEC filings, current stock price and stock history are available on line at www.steinmart.com; click on Investor Relations.

## Investor and Media Inquiries

If you are a member of the financial community or the news media and need to address specific financial information, please call Susan Datz Edelman, Director of Stockholder Relations, at (904) 346-1506.



## Vision

To be the preeminent upscale off-price retailer in America.

## The Stein Mart Mission

To serve our customers and community efficiently and effectively; to act with integrity toward customers, associates and vendors; to maintain profitable growth and build long-term value for our shareholders.



Stein Mart® is a federally registered trademark of Stein Mart, Inc.

The production of this Stein Mart annual report was based on a Company commitment to provide current and prospective stockholders with accurate, thorough, and timely information about the Company while incurring only modest production costs.

www.steinmart.com

Stein Mart

1200 Riverplace Boulevard
Jacksonville, FL 32207
www.steinmart.com