

It's a
at Stein Mart!

Annual Report 2000

Case 1:06-cv-00194-RCL     Document 16-5     Filed 08/22/2006     Page 2 of 15

# Stein Mart
# Corporate Profile

Stein Mart's 226 stores offer the merchandise, service and presentation of a traditional, better department/specialty store, at prices competitive with off-price retail chains.

Located in 29 states from California to Florida to New York, Stein Mart stores feature fashion merchandise including moderate to designer brand-name apparel for women, men and children, as well as accessories, gifts, linens and shoes.



## Table of Contents

| | |
|---|---|
| Store Location Map | 1 |
| Financial Highlights | 1 |
| Letter to our Shareholders | 2 |
| Year in Review | 4 |
| Selected Financial Data | 7 |
| Management's Discussion and Analysis | 8 |
| Financial Statements | 12 |
| Report of Independent Certified Public Accountants | 22 |
| Corporate Officers and Directors | 23 |
| Stockholder Information | 24 |



## Stein Mart Locations

As of December 30, 2000

\* A total of 25-30 new stores will open in these and other states in 2001.

For the Stein Mart store nearest you, call 1-888-SteinMart, or log-on to www.steinmart.com.

### Financial Highlights (Dollars in Thousands Except Per Share Amounts)

|  | for the years ended | | |
|---|---|---|---|
|  | Dec. 30, 2000[1] | Jan. 1, 2000[2] | % change |
| Net Sales | $1,206,624 | $1,034,561 | 16.6 |
| Gross Profit | $310,064 | $253,523 | 22.3 |
| Income Before Income Taxes | $63,479 | $19,067 | 232.9 |
| Diluted Earnings Per Share | $0.91 | $0.26 | 250.0 |
| Stores Open at End of Year | 226 | 205 | 10.2 |
| Comparable Store Net Sales Increase | 9.7% | 2.3% | |

[1] Includes a $3.4 million pre-tax credit related to store closing reserves, primarily reflecting favorable lease settlements.

[2] Includes a $20.5 million pre-tax charge, primarily for the estimated closing costs for ten stores and asset impairment expenses. Gross profit was reduced by $4.6 million as part of the total charge.



Stores Open at End of the Year

Net Sales (dollars in millions)

1

# Letter to our Shareholders

## Dear Valued Shareholder:

Every day, in more than 226 Stein Mart stores nationwide, our associates greet callers and customers with the phrase, "It's a great day at Stein Mart; how may I help you?" This greeting promises a gratifying shopping experience, and we have more than 13,000 Stein Mart associates poised to deliver that great experience.

We are immensely proud to report that through the efforts of our associates, customers and merchandise partners, Stein Mart enjoyed a full year's worth of 'great days' in 2000. The turnaround in our business began in December 1999, and was driven by the one thing that drives any retailer: the right merchandise. It's the essential element for our customers, and therefore, for us. When we concentrated our collective energy on putting the right merchandise in our stores, at the right time and at the right price, our customers responded enthusiastically. The result is the robust financial performance that you, our stockholders, deserve.

## Achievements

In 2000, your Company significantly improved every financial benchmark. Sales increased 16.6 percent to more than $1.2 billion for the year. Comparable stores sales (sales at those stores open for a full prior year) increased 9.7 percent. Per share earnings increased from $0.54 before a pre-tax charge in 1999 to $0.86 before a pre-tax credit in 2000 related to the store closings, an almost sixty percent increase, and the Company's operating margin improved from 4.1 percent in 1999 to 5.2 percent in 2000 before the effects of the pre-tax charge/credit. For the ninth straight year, Stein Mart ended the year debt-free, with cash on hand and profit on the bottom line.

## Other important developments took place in 2000:



Management Committee: Jay Stein, Michael D. Fisher, James G. Delfs, Gwen K. Manto, D. Hunt Hawkins, and John H. Williams, Jr. with the recently restored cash register from the original Stein Mart store in Greenville, Mississippi.

- A new chief merchant joined us, bringing leadership and even more focus to our merchandising efforts. Under Gwen Manto's direction, a merchandise planning organization was defined and created.

- The concentrated efforts of Executive Vice President of Stores Mike Fisher and his team produced an invigorated performance in a group of under-performing stores; as a group, they generated a sales percentage increase which exceeded the Company's comparable store percentage increase for the year.

- The fates of ten stores slated for closure at the end of 1999 were finalized.

- A re-alignment of in-store management responsibilities was tested, with all stores scheduled to transition to the new structure this year.

2

# Stein Mart, Inc.

- Twenty-two new stores were opened, including three stores in Salt Lake City and two in Southern California.
- A customer loyalty program was successfully tested, with a full rollout expected in 2001.

## Looking ahead

There is still work to be done to reach our historical levels of profitability. While we have made tremendous progress, our Company must continue efforts to improve sales productivity and increase margins. The strong recovery of our business in 2000, led by Stein Mart's signature *Boutique* area, must be followed by additional improvements in other areas, such as children's and dresses. We must continue expanding our reach by introducing Stein Mart into new markets while also capitalizing on additional opportunities in existing markets. In 2001, we will return to a more historical store opening schedule, with plans to open 25-30 new stores, including the new markets of St. Louis, Missouri and Kalamazoo, Michigan. We will increase our presence in such key markets as Southern California.

In our existing store network, the re-alignment of in-store management responsibilities will make stores more responsive to customer service needs and allow us to attract and retain quality associates. We will support marketing efforts to drive new customer traffic and create repeat customers.

## Enhancing shareholder value

Our ultimate responsibility remains the judicious stewardship of the assets you, as stockholders, provide our Company. We maintain a conservative capital structure, predicated on controlling expenses, using seasonal credit to purchase inventory, and generating sales with sufficient profitability to open new stores and make improvements to the existing store network. In 2000, this formula resulted in record profits plus the ability to repurchase 2.9 million shares of Company stock as a continued expression of faith in our future. On March 5, 2001, your Board of Directors authorized an additional 2.5 million shares of stock for repurchase.

It was also our good fortune this year to welcome two new members to our Board of Directors. On September 7, 2000, Martin E. Stein, Jr. (no relation), chairman and chief executive officer of Regency Centers Corporation and J. Wayne Weaver, chairman of Shoe Carnival, Inc. and LC Footwear, L.L.C., as well as chairman, chief executive officer and majority owner of the Jacksonville Jaguars, joined our board. They each have tremendous business acumen, and we are indeed fortunate to have their counsel.

Stein Mart's success in 2000 should not be viewed as an end result; rather, we believe it is a springboard to future improvement. The management team, backed by thousands of committed associates, thanks you for your continued interest in our Company, and pledges to continue improving our financial performance.

Jay Stein  
Chairman and Chief Executive Officer

John H. Williams, Jr.  
President and Chief Operating Officer

# 2000: The Year in Review

## The Stein Mart shopping experience

Stein Mart succeeded in 2000 by exceeding the customer's expectations.

Stein Mart took advantage of the profusion of merchandise presented in much of the retail world, and pledged to make sense of it for our customers. Stein Mart shoppers look to our stores for exciting surprises – whether it is a novelty look, a fashion must-have, or the best price on a high-quality classic design. In 2000, we intensified our efforts to not only meet, but exceed those expectations.

We re-examined our core customer – who she is, what she wants in both merchandise and a shopping experience, and what motivates her purchases. For the most part, she's a department store customer, middle to upper income, between the ages of 30 and 55. She wants an updated, fashion-forward look to her wardrobe, but she needs it in missy or special sizes. Clothes and accessories must adapt to and flatter her changing figure. And she demands the same high-quality brand names and style in her choice of gifts and linens as she does in her apparel. Furthermore, she values neighborhood convenience and the time-saving attributes of an attractive, efficient store layout.

## Progress in 2000

All divisions of our merchandising group adopted a key item strategy, concentrating on superior selection in a dozen or so individual businesses – such as leather, cashmere, microfiber pants, better gifts and luxury linens. We filled stores with what the customer wanted, not just what the vendor had on hand. New items were layered on current offerings: we created a *Boutique Petite* department, added innerwear (panties and bras) to our lingerie selection and brought luxury linens into our Home area. Pricing was sharp, fair and credible to the customer – every single day. It was, in a word, refreshing, to the customer who has come away uninspired from traditional shopping experiences.

Within our merchandising organization, we encouraged better teamwork and improved sharing of information among departments and divisions. A planning organization was created, staffed with seasoned insiders as well as experienced outsiders. We looked at our marketplace partners and leveraged our flexibility and growing stature to create stronger vendor alliances.

For 2001, we plan to continue our key item strategy, focusing on providing the fashion accent to the predictable fashion trend. We will challenge our buyers to use their entrepreneurial skills to bring in the right merchandise at the right prices, and charge our planners with getting that merchandise to the right stores at the right time. Areas that still need attention, such as children's and dresses, will be evaluated and addressed. Most of all, we will continue to give our customers exciting surprises – and exceed their expectations.

It's a great day at Stein Mart

4

Stein Mart, Inc.

## Store Network Growth

We opened 22 new stores and closed one during 2000, bringing the store network to 226 locations at year-end. About one third of the new stores opened in existing markets, including New Orleans, Dallas, Houston, Columbia, South Carolina and Jacksonville, Florida. We also entered the new markets of Salt Lake City (three stores) and Daytona Beach and Stuart, Florida. New stores were added to our initial Chicago presence and four new Stein Mart stores opened their doors in California.

This year, we expect to open between 25 and 30 new stores, and close three.

A majority of our new store openings will be within our existing store network footprint, in or adjacent to existing markets. These will give us opportunities to leverage our advertising dollars as well as capitalize on the name recognition we enjoy in those communities. For example, we'll add to our presence in Atlanta, Memphis, Nashville, and Myrtle Beach, South Carolina. We expect to put three new stores each into the already established states of Alabama, Florida, California, and Indiana. Plus, there are also some exciting new markets on the horizon, including a store in St. Louis, Missouri, set to open this fall. The 25-30 new stores are more in line with the store opening program we've traditionally achieved, and we're very comfortable with that as a base going forward.



## Store Support

During 2000, we concentrated extra attention on a group of about 15% of our stores whose productivity had not progressed satisfactorily.

In these stores, we: 1) identified merchandise timing and assortment issues, and adjusted them accordingly; 2) increased our community involvement, partnering with local organizations and other groups through our Agenda program to bring heightened local visibility; and 3) augmented our advertising and marketing with more information and promotion targeted specifically to those markets.

The result was tremendous progress forward in these stores. As a group, these targeted stores generated a percentage sales increase greater than the company's comparable store percentage increase. More importantly, the lessons learned from the process will continue to pay off as we go forward.

It's a great day at Stein Mart

5

# 2000: The Year in Review

We have been able to apply some of these focus store efforts to the existing store base, as well as use this knowledge to help launch new stores.

Within the Stein Mart stores, we are re-aligning our management structure. This change is designed to improve the work flow within the store, provide optimal management coverage for customer service, and create more attractive working conditions for our associates. A thirty-three store pilot program has been underway since last fall, and all stores will operate under the new structure by the end of the first half of 2001.





## 2000 Merchandise Sales Mix

- Men's & Young Men's 18%
- Gifts & Linens 19%
- Shoes (leased department) 7%
- Children's 5%
- Other 2%
- Ladies' & Boutique apparel 38%
- Ladies' Accessories 11%

### Dignity-U-Wear & Stein Mart, Inc.

Stein Mart has many opportunities to participate in good works, and is frequently involved in charitable endeavors. One very special partnership is with Dignity-U-Wear, a 501(c)3 non-profit organization that gives hope by providing brand new clothing and personal care products to children and their families who are homeless, battered, abused and left behind. In 1999, the organization's founder, philanthropist Henri Landwirth, a Holocaust survivor and retired hotel entrepreneur, retired to Ponte Vedra Beach, just outside Jacksonville, Florida. Dissatisfied with traditional retirement, Mr. Landwirth created Dignity-U-Wear to help change the perception of and about those for whom life was a struggle. In his quest to identify potential donors for his new project, Mr. Landwirth asked Stein Mart for help in reaching manufacturers who might donate new clothing to his fledgling organization. The resulting alliances created many new resources for Dignity-U-Wear, and opened doors for the many recipients who are the beneficiaries of the new clothing and shoes.

For more information about Dignity-U-Wear,
contact Executive Director Thomas Mantz,
2320 Third Street, South, Suite 1, Jacksonville Beach, FL 32250
Phone: (904) 270-8833



# Stein Mart, Inc.
## Selected Financial Data

*(Dollars In Thousands Except Per Share Amounts and Operating Data)*

| Statement of Income Data: | 2000 [1] | 1999 [2] | 1998 | 1997 [3] | 1996 |
|---|---:|---:|---:|---:|---:|
| Net Sales | $1,206,624 | $1,034,561 | $897,821 | $792,655 | $616,150 |
| Cost of Merchandise Sold | 896,560 | 781,038 | 677,334 | 579,747 | 451,232 |
| Gross Profit | 310,064 | 253,523 | 220,487 | 212,908 | 164,918 |
| Selling, General and Administrative Expenses | 260,490 | 228,194 | 195,460 | 163,953 | 128,427 |
| Store Closing and Asset Impairment Charges (Credits) | (3,448) | 15,906 | – | – | – |
| Other Income, Net | 13,766 | 12,129 | 10,420 | 9,243 | 7,624 |
| Income From Operations | 66,788 | 21,552 | 35,447 | 58,198 | 44,115 |
| Interest Expense | 3,309 | 2,485 | 2,368 | 1,203 | 1,567 |
| Income Before Income Taxes | 63,479 | 19,067 | 33,079 | 56,995 | 42,548 |
| Provision for Income Taxes | 24,122 | 7,245 | 12,570 | 22,228 | 16,594 |
| Net Income | $ 39,357 | $ 11,822 | $ 20,509 | $ 34,767 | $ 25,954 |
| Earnings Per Share - Basic [4] | $0.92 | $0.26 | $0.45 | $0.75 | $0.58 |
| Earnings Per Share - Diluted [4] | $0.91 | $0.26 | $0.44 | $0.73 | $0.56 |
| **Selected Operating Data:** | | | | | |
| Stores Open at End of Period | 226 | 205 | 182 | 151 | 123 |
| Average Sales Per Store (000's) [5] | $6,068 | $5,663 | $5,958 | $6,261 | $6,176 |
| Average Sales Per Square Foot of Selling Area [6] | $192 | $176 | $185 | $194 | $191 |
| Comparable Store Net Sales Increase [7] | 9.7% | 2.3% | 1.2% | 7.2% | 6.1% |
| **Balance Sheet Data:** | | | | | |
| Working Capital | $120,602 | $117,284 | $110,985 | $110,296 | $ 86,588 |
| Total Assets | 389,989 | 354,094 | 318,012 | 270,604 | 218,264 |
| Long-term Debt | – | – | – | – | 1 |
| Total Stockholders' Equity | 194,028 | 179,912 | 177,979 | 165,803 | 132,143 |

[1] Includes a $3.4 million net pre-tax credit related to store closings. The credit resulted from adjustments to estimated lease obligations for changes in anticipated closing dates and for favorable lease settlements ($2.5 million), unsatisfactory lease negotiations to close two stores ($1.9 million), offset by a $1.0 million charge for the write-down of furniture, fixtures and equipment related to store closings.

[2] Includes a $20.5 million pre-tax charge for ten store closings and asset impairment expenses. The charge includes $4.6 million for inventory write-downs and $15.9 million primarily for the estimated cost of lease terminations and write-off of leasehold improvements.

[3] 1997 is a 53-week year; all others are 52-week years.

[4] Basic and Diluted Earnings Per Share are presented for all periods in accordance with Statement of Financial Accounting Standards No. 128, "Earnings Per Share" which the Company adopted in 1997 and have been restated for the two-for-one stock split declared in 1998.

[5] Average sales per store (including sales from leased shoe and fragrance departments) for each period have been calculated by dividing (a) total sales during such period by (b) the number of stores open at the end of such period, in each case exclusive of stores open for less than 12 months. All periods are calculated on a 52-week basis.

[6] Includes sales and selling space of the leased shoe and fragrance departments. Selling area excludes administrative, receiving and storage areas. All periods are calculated on a 52-week basis.

[7] Comparable store information for a period reflects stores open throughout that period and for the full prior year. All periods are calculated on a 52-week basis.

# Management's Discussion & Analysis

This report includes a number of forward-looking statements which reflect the Company's current views with respect to future events and financial performance. Wherever used, the words "plan", "expect", "anticipate", "believe", "estimate" and similar expressions identify forward-looking statements.

Any such forward-looking statements contained in this Form 10-K are subject to risks and uncertainties that could cause the Company's actual results of operations to differ materially from historical results or current expectations. These risks include, without limitation, ongoing competition from other retailers many of whom are larger and have greater financial and marketing resources, the availability of suitable new store sites at acceptable lease terms, ability to successfully implement strategy to exit or improve under-performing stores, changes in the level of consumer spending or preferences in apparel, adequate sources of designer and brand-name merchandise at acceptable prices, and the Company's ability to attract and retain qualified employees to support planned growth.

The Company does not undertake to publicly update or revise its forward-looking statements even if experience or future changes make clear that any projected results expressed or implied therein will not be realized.

The following should be read in conjunction with the "Selected Financial Data" and the notes thereto and the Financial Statements and notes thereto of the Company.

## Results of Operations

In October 1999, the Company's Board of Directors approved a plan to close ten under-performing stores in order to improve overall profitability of the Company. During the fourth quarter of 1999, the Company recorded a $20.5 million pre-tax charge for store closing and asset impairment expenses. The charge included $4.6 million for inventory write-downs and $15.9 million for the estimated cost of lease terminations and write-off of leasehold improvements.

During the fourth quarter of 2000, the Company recorded a net pre-tax credit of $3.4 million related to the store closings which began in 1999. The credit resulted from adjustments to estimated lease obligations for changes in anticipated closing dates and for favorable lease settlements ($2.5 million), unsatisfactory lease negotiations to close two stores ($1.9 million), offset by a $1.0 million charge for the write-down of furniture, fixtures and equipment related to store closings.

The following table sets forth, for the periods indicated, the percentage of the Company's net sales represented by each line item presented:

|  | Years Ended | | |
|---|---|---|---|
|  | Dec. 30, 2000 | Jan. 1, 2000 | Jan. 2, 1999 |
| Net Sales | 100.0% | 100.0% | 100.0% |
| Cost of Merchandise Sold | 74.3 | 75.5 | 75.4 |
| Gross Profit | 25.7 | 24.5 | 24.6 |
| Selling, General and Administrative Expenses | 21.6 | 22.1 | 21.8 |
| Store Closing and Asset Impairment Charges (Credits) | (0.3) | 1.5 | - |
| Other Income, Net | 1.2 | 1.2 | 1.2 |
| Income From Operations | 5.6 | 2.1 | 4.0 |
| Interest Expense | .3 | .3 | .3 |
| Income Before Income Taxes | 5.3% | 1.8% | 3.7% |

## 2000 Compared to 1999

In 2000 the Company opened 22 stores and closed one store bringing to 226 the number of stores in operation at year-end.

Net sales of $1.207 billion were achieved for the fiscal year 2000, an increase of $172.0 million, or 16.6% percent over net sales of $1.035 billion for the fiscal year 1999. The 22 new stores opened in 2000 contributed $47.4 million to net sales. Comparable store net sales increased 9.7 percent over 1999.

Gross profit for 2000 was $310.1 million or 25.7 percent of net sales compared to $253.5 million or 24.5 percent of net sales for 1999. The 1.2 percent increase in the gross profit percent resulted primarily from lower markdowns as a percent of sales, leveraging occupancy expenses, and the effect of the $4.6 million inventory write-down in 1999.

Selling, general and administrative expenses were $260.5 million or 21.6 percent of net sales for 2000, as compared to $228.2 million or 22.1 percent of net sales for 1999. The $32.3 million increase in selling, general and administrative expenses is primarily due to the additional stores in operation during 2000 as compared to the number of stores in operation in 1999. The decrease of 0.5 percent of net sales is primarily due to improved leveraging of selling and administrative expenses, offset by slightly higher advertising expenses.

Pre-opening expenses for the 22 stores opened in 2000 amounted to $3.4 million and for the 28 stores opened in 1999, amounted to $4.0 million.

Store closing and asset impairment credits of $3.4 million resulted from adjustments to estimated lease obligations for changes in anticipated store closing dates and for favorable lease settlements ($2.5 million), unsatisfactory lease negotiations to close two stores ($1.9 million), offset by a $1.0 million charge for the write-down of furniture, fixtures and equipment related to store closings.

Other income, primarily from in-store leased shoe departments, amounted to $13.8 million in 2000, an increase of $1.7 million over the $12.1 million for 1999. The increase was primarily from the additional stores operated during 2000.

Interest expense for 2000 was $3.3 million, compared to $2.5 million in 1999. The increase resulted from higher average borrowings and higher interest rates during this year compared to last year. The increased borrowings were used to fund operating activities and to repurchase common stock.

Net income for 2000 was $39.4 million or $0.91 per diluted share compared to net income of $11.8 million or $0.26 per diluted share for 1999.

## 1999 Compared to 1998

In 1999 the Company opened 28 stores and closed five stores bringing to 205 the number of stores in operation at year-end. The five closed stores included four under-performing stores plus one store where the lease term expired.

Net sales of $1.035 billion were achieved for the fiscal year 1999, an increase of $136.7 million, or 15.2% percent over net sales of $897.8 million for the fiscal year 1998. The 28 new stores opened in 1999 contributed $76.4 million to net sales. Comparable store net sales increased 2.3 percent over 1998.

Gross profit for 1999 was $253.5 million or 24.5 percent of net sales compared to $220.5 million or 24.6 percent of net sales for 1998. The 0.1 percent decrease in the gross profit percent resulted primarily from the $4.6 million inventory write-down offset by slightly lower markdowns.

Selling, general and administrative expenses were $228.2 million or 22.1 percent of net sales for 1999, as compared to $195.5 million or 21.8 percent of net sales for 1998. The $32.7 million increase in selling, general and administrative expenses is primarily due to the additional stores in operation during 1999 as compared to the number of stores in operation in 1998. The increase of 0.3 percent of net sales is primarily due to increased selling expenses as a percent of net sales resulting from lower per store sales productivity.

## Management's Discussion & Analysis

Pre-opening expenses for the 28 stores opened in 1999 amounted to $4.0 million and for the 32 stores opened in 1998 amounted to $4.6 million.

Store closing and asset impairment charges of $15.9 million consist primarily of the estimated costs of lease terminations and write-down of certain property and other assets for ten specifically identified stores.

Other income, primarily from in-store leased shoe departments, amounted to $12.1 million in 1999, an increase of $1.7 million over the $10.4 million for 1998. The increase was due to the additional 28 stores opened in 1999.

Interest expense for 1999 was $2.5 million, compared to $2.4 million in 1998. The increase resulted from higher average borrowings offset by slightly lower interest rates during this year compared to last year. The increased borrowings were used to fund operating activities and to repurchase common stock.

Net income for 1999 was $11.8 million or $0.26 per diluted share compared to net income of $20.5 million or $0.44 per diluted share for 1998.

### Liquidity and Capital Resources

The Company's primary capital requirements are to support inventory and capital investments for the opening of new stores, to maintain and improve existing stores, and to meet seasonal working capital needs. The Company's capital requirements and working capital needs are funded through a combination of internally generated funds, a bank line of credit and credit terms from vendors. During the course of the Company's seasonal business cycle, working capital is needed to support inventory for existing stores, especially during peak selling seasons. Historically, the Company's working capital needs are lowest in the first quarter and peak in either the third or fourth quarter in anticipation of the fourth quarter selling season.

Net cash provided by operating activities for 2000 amounted to $42.4 million, compared to $23.8 million for 1999. Net income for 2000 was $39.4 million, an increase of $27.6 million over net income in 1999. The $32.3 million increase in inventories is primarily related to the new stores opened in 2000. Cash was provided by a $22.6 million increase in accounts payable and accrued liabilities. The store closing reserve decreased $9.3 million.

Net cash provided by operating activities for 1999 amounted to $23.8 million, compared to $25.5 million for 1998. Net income for 1999 was $11.8 million, a decrease of $8.7 million from net income in 1998. The $34.4 million increase in inventories is primarily related to the new stores opened in 1999. Cash was provided by a $14.6 million increase in accounts payable and cash was used by a $12.6 million increase in the store closing reserve.

For 2000 and 1999, cash flows used in investing activities amounted to $20.9 million and $19.0 million, respectively, primarily for the acquisition of store fixtures, equipment and leasehold improvements and for information system enhancements.

Cash used in financing activities was $26.1 million for 2000 and $10.0 million for 1999. During 2000, cash was used to repurchase 2,910,600 shares of the Company's common stock for $28.4 million and in 1999, 1,702,300 shares were repurchased for $11.3 million. As discussed in Note 6 to the financial statements, on March 5, 2001, the Board of Directors authorized the repurchase of an additional 2,500,000 shares. Included in 2000 and 1999 is $1.4 million and $0.3 million, respectively, of proceeds from the exercise of stock options. Both 2000 and 1999 included $1.0 million of proceeds from the employee stock purchase plan.

The cost of opening a typical new store generally ranges from $450,000 to $650,000 for fixtures, equipment, leasehold improvements and pre-opening costs (primarily advertising, stocking and training). Pre-opening costs are expensed at the time of opening. Initial inventory investment for a new store is approximately $1 million (a portion of which is normally financed through vendor credit). The Company's total capital expenditures for 2001 (including amounts budgeted for new store expansion, improvements to existing stores and information system enhancements) are anticipated to be $22-25 million.

10

Stein Mart, Inc.

The Company may borrow up to $70 million throughout the year and an additional $30 million seasonally under its existing credit agreement. Due to the seasonal nature of the Company's business, the Company's bank borrowings fluctuate during the year, typically reaching their highest levels during the third or fourth quarter, as the Company builds its inventory for the Christmas selling season. At December 30, 2000, there was no loan balance under the agreement. The agreement requires the Company to maintain certain financial ratios and meet certain working capital, net worth and indebtedness tests. As a result of stock repurchases in the fourth quarter of 2000, the Company was not in compliance with the current ratio requirement at December 30, 2000, but has received a waiver letter from its banks. The Company had cash and cash equivalents at December 30, 2000 of $12.5 million.

The Company believes that expected net cash provided by operating activities, bank borrowings and vendor credit will be sufficient to fund anticipated current and long-term capital expenditures and working capital requirements.

## Seasonality and Inflation

The Company's business is seasonal in nature with the fourth quarter, which includes the Christmas selling season, historically accounting for the largest percentage of the Company's net sales volume and operating profit. During the past three years, the fourth quarter accounted for an average of 34% of the Company's annual net sales and 64% of the Company's income from operations (before the $3.4 million pre-tax credit and the $20.5 million pre-tax charge recorded in the fourth quarter of 2000 and 1999, respectively). Accordingly, selling, general and administrative expenses are typically higher as a percent of net sales during the first three quarters of each year.

Inflation affects the costs incurred by the Company in the purchase of merchandise, the leasing of its stores, and certain components of its selling, general and administrative expenses. The Company has been successful in offsetting the effects of inflation through the control of expenses during the past three years. However, there can be no assurance that inflation will not have a material effect in the future.

11

# Stein Mart, Inc.
# Balance Sheet

*(In thousands)*

|  | December 30, 2000 | January 1, 2000 |
|---|---:|---:|
| **Assets** | | |
| Current assets: | | |
|     Cash and cash equivalents | $ 12,526 | $ 17,055 |
|     Trade and other receivables | 4,758 | 4,472 |
|     Inventories | 277,453 | 245,186 |
|     Prepaid expenses and other current assets | 7,703 | 5,983 |
|       Total current assets | 302,440 | 272,696 |
| Property and equipment, net | 82,006 | 76,503 |
| Other assets | 5,543 | 4,895 |
|     Total assets | $389,989 | $354,094 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
|     Accounts payable | $121,578 | $117,113 |
|     Accrued liabilities | 51,756 | 33,613 |
|     Income taxes payable | 8,504 | 4,686 |
|       Total current liabilities | 181,838 | 155,412 |
| Store closing reserve | 3,308 | 12,589 |
| Deferred income taxes | 10,815 | 6,181 |
|     Total liabilities | 195,961 | 174,182 |
| Stockholders' equity: | | |
|     Preferred stock - $.01 par value; 1,000,000 shares authorized; no shares outstanding | | |
|     Common stock - $.01 par value; 100,000,000 shares authorized; 41,454,181 shares issued and outstanding at December 30, 2000 and 43,904,450 shares issued and outstanding at January 1, 2000 | 415 | 439 |
|     Paid-in capital | – | 21,364 |
|     Retained earnings | 193,613 | 158,109 |
|       Total stockholders' equity | 194,028 | 179,912 |
|       Total liabilities and stockholders' equity | $389,989 | $354,094 |

The accompanying notes are an integral part of these financial statements.

# Stein Mart, Inc.
# Statement of Income

*(In thousands except per share amounts)*

|  | For The Years Ended | | |
|---|---|---|---|
|  | December 30, 2000 | January 1, 2000 | January 2, 1999 |
| Net sales | $1,206,624 | $1,034,561 | $897,821 |
| Cost of merchandise sold | 896,560 | 781,038 | 677,334 |
| Gross profit | 310,064 | 253,523 | 220,487 |
| Selling, general and administrative expenses | 260,490 | 228,194 | 195,460 |
| Store closing and asset impairment charges (credits) | (3,448) | 15,906 | – |
| Other income, net | 13,766 | 12,129 | 10,420 |
| Income from operations | 66,788 | 21,552 | 35,447 |
| Interest expense | 3,309 | 2,485 | 2,368 |
| Income before income taxes | 63,479 | 19,067 | 33,079 |
| Provision for income taxes | 24,122 | 7,245 | 12,570 |
| Net income | $ 39,357 | $ 11,822 | $ 20,509 |
| Earnings per share – Basic | $0.92 | $0.26 | $0.45 |
| Earnings per share – Diluted | $0.91 | $0.26 | $0.44 |
| Weighted-average shares outstanding – Basic | 42,909 | 44,948 | 45,787 |
| Weighted-average shares outstanding – Diluted | 43,409 | 45,307 | 46,498 |

The accompanying notes are an integral part of these financial statements.