# Stein Mart, Inc.
## Statement of Stockholders' Equity

*(In thousands)*

|  | Common Stock | Paid-in Capital | Retained Earnings | Total Stockholders' Equity |
|---|---:|---:|---:|---:|
| Balance at January 3, 1998 | $460 | $39,565 | $125,778 | $165,803 |
| Net income |  |  | 20,509 | 20,509 |
| Common shares issued under stock option plan and related income tax benefits | 4 | 3,572 |  | 3,576 |
| Common shares issued under employee stock purchase plan | 1 | 928 |  | 929 |
| Reacquired shares | (11) | (12,827) |  | (12,838) |
| Balance at January 2, 1999 | 454 | 31,238 | 146,287 | 177,979 |
| Net income |  |  | 11,822 | 11,822 |
| Common shares issued under stock option plan and related income tax benefits | 1 | 381 |  | 382 |
| Common shares issued under employee stock purchase plan | 1 | 1,021 |  | 1,022 |
| Reacquired shares | (17) | (11,276) |  | (11,293) |
| Balance at January 1, 2000 | 439 | 21,364 | 158,109 | 179,912 |
| Net income |  |  | 39,357 | 39,357 |
| Common shares issued under stock option plan and related income tax benefits | 3 | 2,192 |  | 2,195 |
| Common shares issued under employee stock purchase plan | 2 | 955 |  | 957 |
| Reacquired shares | (29) | (24,511) | (3,853) | (28,393) |
| Balance at December 30, 2000 | $415 | $ – | $193,613 | $194,028 |

The accompanying notes are an integral part of these financial statements.

# Stein Mart, Inc.
## Statement of Cash Flows

*(In thousands)*

|  | For The Years Ended | | |
|---|---|---|---|
|  | December 30, 2000 | January 1, 2000 | January 2, 1999 |
| **Cash flows from operating activities:** | | | |
| Net income | $39,357 | $11,822 | $20,509 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | |
| Depreciation and amortization | 14,373 | 12,950 | 10,545 |
| Write-down of property and other assets | 1,038 | 2,528 | – |
| Tax benefit from exercise of stock options | 810 | 96 | 1,421 |
| (Increase) decrease in: | | | |
| Trade and other receivables | (286) | 108 | (2,062) |
| Inventories | (32,267) | (34,405) | (35,161) |
| Prepaid expenses and other current assets | (1,720) | (1,591) | (2,222) |
| Other assets | (648) | (1,845) | (2,750) |
| Increase (decrease) in: | | | |
| Accounts payable | 4,465 | 14,639 | 37,461 |
| Accrued liabilities | 18,143 | 7,160 | 4,926 |
| Income taxes payable | 3,818 | 2,588 | (9,353) |
| Store closing reserve | (9,281) | 12,589 | – |
| Deferred income taxes | 4,634 | (2,827) | 2,198 |
| Net cash provided by operating activities | 42,436 | 23,812 | 25,512 |
| **Cash flows used in investing activities:** | | | |
| Net acquisition of property and equipment | (20,914) | (19,029) | (21,480) |
| **Cash flows from financing activities:** | | | |
| Proceeds from exercise of stock options | 1,385 | 286 | 2,155 |
| Proceeds from employee stock purchase plan | 957 | 1,022 | 929 |
| Purchase of common stock | (28,393) | (11,293) | (12,838) |
| Net cash used in financing activities | (26,051) | (9,985) | (9,754) |
| Net decrease in cash and cash equivalents | (4,529) | (5,202) | (5,722) |
| Cash and cash equivalents at beginning of year | 17,055 | 22,257 | 27,979 |
| Cash and cash equivalents at end of year | $12,526 | $17,055 | $22,257 |
| **Supplemental disclosures of cash flow information:** | | | |
| Interest paid | $ 3,141 | $ 2,450 | $ 1,975 |
| Income taxes paid | 16,887 | 9,493 | 18,167 |

*The accompanying notes are an integral part of these financial statements.*

# Notes to Financial Statements

*December 30, 2000*
*(Dollars in tables in thousands except per share amounts)*

## 1. Summary of Significant Accounting Policies

At December 30, 2000 the Company operated a chain of 226 off-price retail stores in 29 states. Each store offers women's, men's and children's apparel, as well as accessories, gifts, linens and shoes.

### Fiscal Year

The Company's fiscal year ends on the Saturday closest to December 31. Results for 2000, 1999 and 1998 are for the 52 weeks ended December 30, 2000, January 1, 2000 and January 2, 1999.

### Cash and Cash Equivalents

Cash and cash equivalents include cash on hand, demand deposits and short-term investments with original maturities of three months or less.

### Inventories

Merchandise inventories are valued at the lower of average cost or market, on a first-in first-out basis, using the retail inventory method.

### Property and Equipment

Property and equipment are stated at cost less accumulated depreciation and amortization. Depreciation is provided on a straight-line method using estimated useful lives of 3-10 years. Leasehold improvements are amortized over the shorter of the estimated useful lives of the improvements or the term of the lease.

Routine maintenance and repairs are charged to expense when incurred. Major replacements and improvements are capitalized. The cost of assets sold or retired and the related accumulated depreciation or amortization are removed from the accounts with any resulting gain or loss included in net income. In the event that facts and circumstances indicate that the carrying value of a long-lived asset may be impaired, an evaluation of recoverability is performed by comparing the estimated future undiscounted cash flows associated with the asset to the asset's carrying amount to determine if a write-down to market value or discounted cash flow is required.

### Pre-Opening Expenses

Pre-opening costs are expensed as incurred.

### Advertising Expense

Advertising costs are expensed as incurred. Advertising expenses of $43,092,000, $35,522,000 and $33,731,000 are reflected in the Statement of Income for 2000, 1999 and 1998, respectively.

### Income Taxes

Deferred income taxes reflect the net tax effects of temporary differences between the carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for income tax purposes.

### Earnings Per Share

Basic earnings per share is computed by dividing net income by the weighted-average number of common shares outstanding for the period. Diluted earnings per share is computed by dividing net income by the weighted-average number of common shares outstanding plus common stock equivalents related to stock options for each period.

A reconciliation of weighted-average number of common shares to weighted-average number of common shares plus common stock equivalents is as follows (000's):

|  | 2000 | 1999 | 1998 |
|---|---|---|---|
| Weighted-average number of common shares | 42,909 | 44,948 | 45,787 |
| Stock options | 500 | 359 | 711 |
| Weighted-average number of common shares plus common stock equivalents | 43,409 | 45,307 | 46,498 |

16

# Stein Mart, Inc.

### Use of Estimates

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

### Reclassifications

Certain amounts in 1999 have been reclassified to conform to the 2000 presentation.

## 2. Store Closing and Asset Impairment Charges and Credits

In October 1999, the Company's Board of Directors approved a plan to close ten under-performing stores in order to improve overall profitability of the Company. During the fourth quarter of 1999, the Company recorded a $20.5 million pre-tax charge for store closing and asset impairment expenses. The charge included $4.6 million, included in cost of merchandise sold, for inventory write-downs resulting from additional markdowns in four stores that were closed in 1999 and markdowns associated with clearance merchandise. The charge also included $15.9 million for the estimated cost of lease terminations in the amount of $13.4 million and $2.5 million which represented primarily costs to write-down certain leasehold improvements included in property and equipment.

During the fourth quarter of 2000, the Company recorded a net pre-tax credit of $3.4 million related to the store closings which began in 1999. The credit resulted from adjustments to estimated lease obligations for changes in anticipated closing dates and for favorable lease settlements ($2.5 million), unsatisfactory lease negotiations to close two stores ($1.9 million), offset by a $1.0 million charge for the write-down of furniture, fixtures and equipment related to store closings. One of these two stores will close in 2002 and the other is being reevaluated due to its improved performance.

The store closing reserve at December 30, 2000 includes estimated closing costs for three stores that will close in 2001 and the remaining lease obligations for two previously closed stores. Payments during 2000 include lease termination and ongoing lease costs. Activity in the store closing reserve is as follows:

| | |
|---|---|
| Balance at January 1, 2000 | $12,589 |
| Adjustments | (4,485) |
| Payments | (2,067) |
| | 6,037 |
| Less current portion (included in Accrued Liabilities) | (2,729) |
| Balance at December 30, 2000 | $ 3,308 |

## 3. Property and Equipment, Net

Property and equipment and the related accumulated depreciation and amortization consist of:

| | 2000 | 1999 |
|---|---|---|
| Furniture, fixtures and equipment | $116,647 | $105,050 |
| Building and leasehold improvements | 39,510 | 32,373 |
| Land | -- | 128 |
| | 156,157 | 137,551 |
| Less: accumulated depreciation and amortization | 74,151 | 61,048 |
| | $ 82,006 | $ 76,503 |

17

# Notes to Financial Statements

## 4. Accrued Liabilities

The major components of accrued liabilities are as follows:

|                                              | 2000      | 1999      |
|----------------------------------------------|-----------|-----------|
| Taxes, other than income taxes               | $ 18,836  | $ 14,219  |
| Salary, wages, bonuses and benefits          | 11,966    | 8,471     |
| Current portion of store closing reserve     | 2,729     | –         |
| Other                                        | 18,225    | 10,923    |
|                                              | $ 51,756  | $ 33,613  |

## 5. Notes Payable to Banks

In August 1998, the Company entered into a new credit facility with two banks. This agreement, which expires June 30, 2001, provides a $60 million revolving line of credit and a $30 million seasonal line of credit. In November 2000, this agreement was amended to provide an additional $10 million line of credit. The seasonal line of credit is available during the periods March 15 through June 30 and September 15 through December 31 of each year. The agreement includes a $5 million letter of credit facility. In October 1999, the Company amended its loan agreement to extend the expiration date of the letter of credit facility to June 30, 2001.

Interest on the outstanding balance is payable quarterly at 1.50% below the prime rate or .35% over the London Interbank Offering Rate (LIBOR), at the option of the Company. The additional $10 million line of credit bears interest at .875% over the LIBOR. The Company is obligated to pay a quarterly commitment fee of 1/8 percent per annum based on the daily average unused balance of the commitment during the term of the agreement. The agreement also requires the Company to maintain certain financial ratios and meet certain working capital, net worth and indebtedness tests. As a result of stock repurchases in the fourth quarter of 2000, the Company was not in compliance with the current ratio requirement at December 30, 2000, but has received a waiver letter from its banks.

## 6. Stockholders' Equity

During 2000, the Company repurchased 2,910,600 shares of its common stock in the open market at a total cost of $28,393,000. During 1999 and 1998, 1,702,300 and 1,193,500 shares were repurchased for $11,293,000 and $12,838,000, respectively.

On March 5, 2001, the Board of Directors authorized the repurchase of an additional 2,500,000 shares of the Company's common stock. During the period from December 31, 2000 through March 2, 2001 the Company repurchased an additional 337,800 shares of its common stock in the open market at a total cost of $3,366,000, leaving a balance of 2,624,800 shares which can be repurchased pursuant to the Board of Directors' current authorizations.

## 7. Stock Option and Purchase Plans

The Company has an Employee Stock Plan which provides that shares of common stock may be granted to certain key employees through non-qualified stock options, incentive stock options, stock appreciation rights and restricted stock. The Compensation Committee of the Board of Directors determines the exercise price of options which cannot be less than the fair market value on the date of grant for incentive stock options or 50% of the fair market value for non-qualified options. One-third of the options granted become exercisable on each of the third, fourth and fifth anniversary dates of grant and expire ten years after the date of grant. No stock appreciation rights or restricted stock awards have been granted under this plan.

The Company also has a Director Stock Option Plan which provides that common stock may be issued to outside directors through stock options which are exercisable at a price equal to the fair market value at the date of grant and which become exercisable on the same basis as options issued under the Employee Stock Plan.

In March 2001, the Company's Board of Directors adopted, subject to shareholder approval at their annual meeting on May 7, 2001, a new stock option plan (the "Omnibus Plan") with options available under the plan for 4,500,000 shares of the Company's common stock. The Omnibus Plan, which has a 10-year term, will replace the Company's existing Employee Stock and Director Stock Option Plans.

Stein Mart, Inc.

Information regarding these fixed-price option plans for 2000, 1999 and 1998 is as follows:

|  | 2000 | | 1999 | | 1998 | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Number of Shares (000) | Weighted-Average Exercise Price | Number of Shares (000) | Weighted-Average Exercise Price | Number of Shares (000) | Weighted-Average Exercise Price |
| Options outstanding at beginning of year | 4,625 | $11 | 4,626 | $11 | 5,020 | $10 |
| Options granted | 614 | 9 | 308 | 8 | 542 | 14 |
| Options exercised | (260) | 5 | (57) | 4 | (469) | 4 |
| Options forfeited | (396) | 13 | (252) | 13 | (467) | 12 |
| Options outstanding at end of year | 4,583 | $11 | 4,625 | $11 | 4,626 | $11 |
| Options exercisable at end of year | 1,870 | | 1,317 | | 1,148 | |

The following table summarizes information about fixed-price stock options outstanding at December 30, 2000:

| | Options Outstanding | | | Options Exercisable | |
| --- | --- | --- | --- | --- | --- |
| Range of Exercise Prices | Number Outstanding (000) | Weighted-Average Remaining Contractual Life (Years) | Weighted-Average Exercise Price | Number Exercisable (000) | Weighted-Average Exercise Price |
| $ 2.50- 5.75 | 1,140 | 3.9 | $ 4.39 | 838 | $ 3.98 |
| $ 6.53- 9.62 | 710 | 6.8 | 7.89 | 249 | 7.84 |
| $10.00-13.81 | 1,975 | 6.2 | 13.38 | 679 | 13.17 |
| $14.25-16.59 | 758 | 7.4 | 15.47 | 104 | 14.56 |
|  | 4,583 | 5.9 | $10.64 | 1,870 | $ 8.42 |

The Company has adopted the disclosure-only provisions of Statement of Financial Accounting Standards ("SFAS") No. 123, Accounting for Stock-Based Compensation, and intends to retain the intrinsic value method of accounting for stock-based compensation which it currently uses. Accordingly, no compensation cost has been recognized for the stock option plans. Had compensation cost of the Company's two stock option plans been determined consistent with the provisions of SFAS No. 123, the Company's net income and earnings per share would have been reduced to the following pro forma amounts:

|  | 2000 | 1999 | 1998 |
| --- | --- | --- | --- |
| Net income – as reported | $39,357 | $11,822 | $20,509 |
| Net income – pro forma | 36,466 | 8,141 | 16,979 |
| Basic earnings per share – as reported | $0.92 | $0.26 | $0.45 |
| Diluted earnings per share – as reported | 0.91 | 0.26 | 0.44 |
| Basic earnings per share – pro forma | $0.85 | $0.18 | $0.37 |
| Diluted earnings per share – pro forma | 0.84 | 0.18 | 0.37 |

The effects of applying this Statement for pro forma disclosures are not likely to be representative of the effects on reported net income for future years, for example, because options vest over several years and additional awards are made each year. In determining the pro forma compensation cost, the weighted-average fair value of options granted during 2000, 1999 and 1998 was estimated to be $5, $4 and $8, respectively, using the Black-Scholes options pricing model. The following weighted-average assumptions were used for grants made during 2000, 1999 and 1998: dividend yield of 0.0%, expected volatility of 51.1%, 48.7% and 45.8%, respectively, risk-free interest rate of 5.2%, 6.5% and 5.0%, respectively and expected lives of 7.0 years.

The Company has an Employee Stock Purchase Plan (the "Stock Purchase Plan") whereby all employees who complete six months employment with the Company and who work on a full-time basis or are regularly scheduled to work more than 20 hours per week are eligible to participate in the Stock Purchase Plan. Participants in the Stock Purchase Plan are permitted

19

# Notes to Financial Statements

to use their payroll deductions to acquire shares at 85% of the fair market value of the Company's stock determined at either the beginning or end of each option period. In 2000, 1999 and 1998, the participants acquired 198,051 shares, 172,494 shares and 81,700 shares of the Company's common stock at $4.83, $5.92 and $11.37 per share, respectively.

In November 2000, the Company's Board of Directors adopted, subject to shareholder approval at their annual meeting on May 7, 2001, an amendment to the Stock Purchase Plan, increasing the number of shares eligible for issuance under the Plan by 1,000,000 and extending the Plan until December 31, 2005.

## 8. Leased Facilities and Commitments

The Company leases all of its retail and support facilities. Annual store rent is generally comprised of a fixed minimum amount plus a contingent amount based on a percentage of sales exceeding a stipulated amount. Most leases also require additional payments covering real estate taxes, common area costs and insurance.

Rent expense for 2000, 1999 and 1998 was as follows:

|  | 2000 | 1999 | 1998 |
|---|---|---|---|
| Minimum rentals | $48,329 | $44,423 | $36,707 |
| Contingent rentals | 689 | 715 | 783 |
|  | $49,018 | $45,138 | $37,490 |

At December 30, 2000, for the majority of its retail and corporate facilities, the Company was committed under noncancellable leases with remaining terms of up to 20 years. Future minimum payments under noncancellable leases are:

| 2001 | $ 51,122 |
|---|---|
| 2002 | 49,492 |
| 2003 | 47,516 |
| 2004 | 44,622 |
| 2005 | 40,891 |
| Thereafter | 155,584 |
|  | $389,227 |

The Company subleases shoe department and fragrance department space in all of its stores. Sales from leased departments are excluded from sales of the Company. Sublease rental income of $12,710,000, $11,388,000 and $9,904,000 is included in other income, net for 2000, 1999 and 1998, respectively. Total future minimum rental income under these noncancellable subleases is $16,344,000 at December 30, 2000.

## 9. Employee Benefit Plans

The Company has a defined contribution retirement plan covering employees who are at least 21 years of age and have completed at least one year of service. Under the profit sharing portion of the plan, the Company makes discretionary contributions which vest at a rate of 20 percent per year after three years of service. Under the 401(k) portion of the plan the Company contributes one percent of the employee's compensation and matches 25 percent of the employee's voluntary pre-tax contributions up to a maximum of four percent of the employee's compensation. The Company's base 401(k) contribution vests immediately while the matching portion vests in accordance with the plan's vesting schedule. Total Company contributions under the retirement plan were $1,750,000, $1,500,000 and $1,301,000 for 2000, 1999 and 1998, respectively.

During 1999, the Company implemented an executive split dollar life insurance plan wherein eligible executives are provided with pre-retirement life insurance protection based upon three to five times base salary. Upon retirement, the executive is provided with life insurance protection based upon one and one-half to two and one-half times final base salary. The expense for this plan was $248,000 in 2000 and $25,000 in 1999.

Also during 1999, the Company implemented an executive deferral plan providing officers and key executives with the opportunity to participate in an unfunded, deferred compensation program. Under the program, participants may defer up

20

to 100% of their base compensation and bonuses earned. The Company will match the executives' contributions 100% up to the first 10% of income deferred. The total of participant deferrals, which is reflected in accrued liabilities, was $377,000 at December 30, 2000 and $58,000 at January 1, 2000. The expense for this plan was $486,000 in 2000 and $57,000 in 1999.

In connection with the above two plans, whole life insurance contracts were purchased on the related participants. At December 30, 2000 and January 1, 2000 the cash surrender value of these policies was $1,949,000 and $1,302,000, respectively, and is included in other assets.

## 10. Income Taxes

The provision for income taxes for 2000, 1999 and 1998 consisted of:

|  | 2000 | 1999 | 1998 |
|---|---|---|---|
| Current: |  |  |  |
| Federal | $19,537 | $11,022 | $ 9,554 |
| State | 1,675 | 945 | 818 |
| Total current | 21,212 | 11,967 | 10,372 |
| Deferred: |  |  |  |
| Federal | 2,680 | (4,349) | 2,024 |
| State | 230 | (373) | 174 |
| Total deferred | 2,910 | (4,722) | 2,198 |
| Provision for income taxes | $24,122 | $ 7,245 | $12,570 |

Income tax expense differed from the amounts computed by applying the federal statutory rate of 35 percent to income before taxes as follows:

|  | 2000 | 1999 | 1998 |
|---|---|---|---|
| Federal tax at the statutory rate | $22,218 | $ 6,673 | $11,578 |
| State income taxes, net of federal benefit | 1,904 | 572 | 992 |
|  | $24,122 | $ 7,245 | $12,570 |
| Effective tax rate | 38.0% | 38.0% | 38.0% |

Temporary differences which give rise to deferred tax assets and liabilities are as follows:

|  | 2000 | 1999 |
|---|---|---|
| Deferred tax assets: |  |  |
| Store closing reserve | $ 2,294 | $ 4,647 |
| Inventories | 1,948 | 1,401 |
| Accrued liabilities | 1,393 | 1,101 |
|  | 5,635 | 7,149 |
| Deferred tax liabilities: |  |  |
| Depreciation | 11,852 | 10,007 |
| Prepaid expenses and other current assets | 760 | 912 |
| Other | 220 | 517 |
|  | 12,832 | 11,436 |
| Net deferred tax liability | $(7,197) | $(4,287) |

Deferred tax assets and liabilities are reflected on the Company's consolidated balance sheet as follows:

|  | 2000 | 1999 |
|---|---|---|
| Current deferred tax assets (included in Prepaid expenses and other current assets) | $ 3,618 | $ 1,894 |
| Non-current deferred tax liabilities | (10,815) | (6,181) |
| Net deferred tax liabilities | $(7,197) | $(4,287) |

21

# Notes to Financial Statements

The exercise of certain stock options which have been granted under the Company's stock option plans gives rise to compensation which is includable in the taxable income of the applicable employees and deductible by the Company for federal and state income tax purposes. Such compensation results from increases in the market value of the Company's common stock subsequent to the date of grant of the applicable exercised stock options, and in accordance with Accounting Principles Board Opinion No. 25, such compensation is not recognized as an expense for financial accounting purposes and the related tax benefits are recorded directly in Paid-in Capital.

## 11. Quarterly Results of Operations (Unaudited)

The following table shows unaudited quarterly results of operations for 2000 and 1999:

|  | Quarter Ended | | | | Quarter Ended | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Apr. 1, 2000 | Jul. 1, 2000 | Sept. 30, 2000 | Dec. 30, 2000 | Apr. 3, 1999 | Jul. 3, 1999 | Oct. 2, 1999 | Jan. 1, 2000 |
| Net sales | $245,451 | $291,188 | $267,561 | $402,424 | $212,087 | $244,920 | $227,625 | $349,929 |
| Gross profit | 57,155 | 82,279 | 63,077 | 107,553 | 48,643 | 67,958 | 48,366 | 88,556 |
| Net income (loss) | 999 | 13,830 | 2,082 | 22,446 | 243 | 9,394 | (2,751) | 4,936 |
| EPS – Basic | $ 0.02 | $ 0.32 | $ 0.05 | $ 0.53 | $ 0.01 | $ 0.21 | $ (0.06) | $ 0.11 |
| EPS – Diluted | $ 0.02 | $ 0.32 | $ 0.05 | $ 0.52 | $ 0.01 | $ 0.21 | $ (0.06) | $ 0.11 |

# Report of Independent Certified Public Accountants

**PRICEWATERHOUSECOOPERS**

To the Board of Directors
and Stockholders of Stein Mart, Inc.

In our opinion, the accompanying financial statements appearing on pages 12 through 22 of this annual report present fairly, in all material respects, the financial position of Stein Mart, Inc. at December 30, 2000 and January 1, 2000, and the results of its operations and its cash flows for each of the three fiscal years in the period ended December 30, 2000, in conformity with accounting principles generally accepted in the United States of America. These financial statements are the responsibility of the Company's management; our responsibility is to express an opinion on these financial statements based on our audits. We conducted our audits of these statements in accordance with auditing standards generally accepted in the United States of America, which require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

*PricewaterhouseCoopers LLP*

Jacksonville, Florida
February 28, 2001

22

# Stein Mart, Inc.
# Corporate Officers & Board of Directors

## Corporate Officers

### Management Committee

Jay Stein, Chairman and Chief Executive Officer

John H. Williams, Jr., President and Chief Operating Officer

Michael D. Fisher, Executive Vice President, Stores

Gwen K. Manto, Executive Vice President and Chief Merchandising Officer

James G. Delfs, Senior Vice President and Chief Financial Officer

D. Hunt Hawkins, Senior Vice President, Human Resources

### Vice Presidents/Corporate

W. Michael Allen, Real Estate

David W. Bothe, Marketing, Advertising and Sales Promotion

Carl D. Davis, Administration

Ronald G. Hughes, Distribution and Traffic

Joseph Martinolich, Internal Audit, Safety and Security

Roseann McLean, Planning and Allocation

Clayton E. Roberson, Jr., Controller

Matthew K. Votaw, Information Systems

### Vice Presidents/Regional Directors of Stores

E. L. Berley
Robert H. Brooks
Michael D. Ray
Roy E. Roberts
Diane Tarman

### Vice Presidents/General Merchandising Managers

Peggy McCarthy Hildreth, Ladies' Sportswear, Boutique, Special Sizes

Richard J. Marini, Dresses, Ladies' Accessories, Children's, Intimate Apparel

Patricia Torreyson, Gifts, Linens, Fabrics

## Board of Directors

Jay Stein, Chairman and Chief Executive Officer, Stein Mart, Inc. Formerly a director of American Heritage Life Insurance Company and Promus Hotel Corporation.

John H. Williams, Jr., President and Chief Operating Officer, Stein Mart, Inc. Also a director of SunTrust Bank, North Florida N.A.

Alvin R. "Pete" Carpenter, Former Vice Chairman, CSX Corporation. Also a director of Regency Centers Corporation, Florida Rock Industries, Inc. and Birmingham Steel Corporation. *Chairman, compensation committee.*

Linda McFarland Farthing, Former president and director of Friedman's, Inc. Also former president and director, Cato Corporation. *Audit Committee.*

Mitchell W. Legler, Esquire, General counsel to the Company. Formerly partner with Foley & Lardner. *Compensation committee.*

Michael D. Rose, Private Investor. Former chairman, Promus Hotel Corporation. Director of Darden Restaurants, Inc.; First Tennessee National Corporation; Felcor Lodging Trust, Inc.; and Nextera Enterprises, LLC. *Audit committee.*

Martin E. Stein, Jr., Chairman and chief executive officer of Regency Centers Corporation. Also on the board of Patriot Transportation Holding, Inc.

J. Wayne Weaver, Chairman and chief executive officer of LC Footwear, L.L.C., the licensed shoe division of Liz Claiborne, Inc.; chairman of Shoe Carnival, Inc.; and chairman, chief executive officer and majority owner of the Jacksonville Jaguars.

James H. Winston, Chairman, LPMC, a real estate investment firm based in Jacksonville, Florida. President of Omega Insurance Company, Citadel Life & Health Insurance Company and Wellington Investments. Also a director of FRP Properties, Inc., Winston Hotels and Scott-McRae Group, Inc. *Chairman, audit committee; compensation committee.*

23

# Stein Mart, Inc.
# Stockholder Information

### Corporate headquarters

Stein Mart, Inc.
1200 Riverplace Boulevard
Jacksonville, FL 32207
(904) 346-1500

### Notice of annual meeting of stockholders

The annual meeting of stockholders will be held at two o'clock in the afternoon, Monday, May 7, 2001 in The Radisson Riverwalk Hotel, 1515 Prudential Drive, Jacksonville, Florida.

### Transfer Agent and Registrar

Mellon Investor Services LLC
P. O. Box 3315
South Hackensack, NJ 07606-1915
Shareholder services: 1-800-756-3353
Website: www.mellon-investor.com

### Legal Counsel

Mitchell W. Legler, P.A.
300A Wharfside Way
Jacksonville, Florida 32207

### Independent Auditors

PricewaterhouseCoopers LLP
Jacksonville, Florida

### Common stock information

Stein Mart's common stock trades on The Nasdaq Stock Market under the trading symbol SMRT. On March 16, 2001, there were 1,109 stockholders of record.

The following table reflects the high and low sales prices of the common stock for each fiscal quarter in 1999 and 2000.

| (Quarter ending dates) | High | Low |
| --- | --- | --- |
| April 3, 1999 | $12.00 | $6.50 |
| July 3, 1999 | $11.75 | $8.63 |
| October 2, 1999 | $9.69 | $6.50 |
| January 1, 2000 | $7.75 | $4.88 |
| April 1, 2000 | $8.25 | $4.00 |
| July 1, 2000 | $10.63 | $6.48 |
| September 30, 2000 | $13.38 | $9.75 |
| December 30, 2000 | $15.88 | $8.94 |

The Company intends to reinvest future earnings in the business and accordingly does not anticipate paying dividends in the foreseeable future.

### Financial Information

Investor inquiries are welcome. You many contact the Company by letter to request information, including a copy of Stein Mart's Annual Report to the Securities and Exchange Commission on Form 10-K. Additional copies and other financial reports are available without charge upon request from our Stockholder Relations Department at the Company's corporate address, listed above.

To receive Stein Mart information electronically, you may choose to:

- Access the Stein Mart website at www.steinmart.com to find current and past news releases, SEC filings, current stock price and stock history, or sign up for automatic notification of Stein Mart news and events.

- E-mail your request to dgaskins@steinmart.com

- Call (904) 346-1535, x. 5888, to leave a recorded request for mailed information and/or hear highlights of the latest news release.

If you are a member of the financial community or the news media and need specific financial information, please call Susan Datz Edelman, Director of Stockholder Relations, at (904) 346-1506.

24

## Mission Statement

To provide customer service that is prompt, friendly, knowledgeable and recognized as being superior in our industry. To provide timely, unique and fashionable selections of quality name-brand merchandise of competitive price and value. To provide a well presented, clean, comfortable shopping environment that is an asset to the community. To provide a pleasant work place for our associates with appreciation and recognition for their efforts in achieving our company's mission.





Stein Mart® is a federally registered trademark of Stein Mart, Inc.

The production of this Stein Mart annual report was based on a Company commitment to provide current and prospective stockholders with accurate, thorough, and timely information about the Company while incurring only modest production costs.

www.steinmart.com

 Printed on recycled paper



Fashion and Quality. *Always* at discount prices.

1200 Riverplace Boulevard • Jacksonville, FL 32207

www.steinmart.com