UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>STEIN MART, INC., )<br>)<br>Defendant )<br>_____ ) | CIVIL ACTION NO:<br><br>1:06-CV-00194 (RCL)<br><br>August 17, 2006 |

## ORDER

Upon consideration of the Plaintiff's Motion request for Summary Judgment after entering confirmed facts against the Defendant's Motion request to Dismiss. The Plaintiff has demonstrated good cause shown by means of Exhibits and timely responses.

The Plaintiff's Motions requests should be granted including the Plaintiff's Motion Request to Subpoena Duces Tecum to bring this case matter before the court to a close.

IT IS HEREBY ORDERED that the Defendant's Motion to Stay Discovery is DENIED, it is also ORDERED that the Defendant's Motion request to dismiss be DENIED. The Plaintiff's Motion Request to move forth for Summary Judgment is GRANTED.

SO ORDERED this _____ day of_____ 2006.

_____
United States District Court Judge

Copies to:

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

Paul R. Monsees
Foley & Lardner LLP
Suite 500
3000 K Street, NW
Washington, DC 20007-5143