UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAM L. CLEMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-00194 (RCL) |
| ) | |
| STEIN MART, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant filed a motion [3, 4] to dismiss, or alternatively to transfer venue, on March 21, 2006.  Defendant correctly notes that plaintiff has failed to state a claim upon which relief can be granted since 18 U.S.C. § 1001 is a federal criminal statute and any alleged violation does not give rise to a private right of action.  Moreover, defendant establishes that this Court cannot exercise personal jurisdiction over it.  Accordingly, defendant's motion to dismiss will be granted.

Plaintiff's cross-motion [8] for summary judgment is DENIED.  Plaintiff's motion [10] for discovery and for subpoena duces tecum is DENIED.

Defendant's motion [13] to stay discovery is GRANTED, *nunc pro tunc*.

Defendant's motion to dismiss is GRANTED.  Defendant's motion to transfer venue is MOOT.

This case shall stand DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 30, 2007.