**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**DEFAULT / FAILURE TO COOPERATE**

_SAM L. CLEMMONS_
Plaintiff

vs.                    Civil Action No. _1:06CV00194 (RCL)_

_STEIN MART_
Defendant

## NOTICE OF APPEAL

Notice is hereby given this _14TH_ day of _MAY_, 20_07_, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the _14TH_ day of _MAY_, 20_07_ in favor of _DEFENDANT (STEIN MART CORPORATION)_ against said _PLAINTIFF (SAM L. CLEMMONS)_

_/s/ Sam L. Clemmons_
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

_PAUL R. MONSEES_
_FOLEY & LARDNER, LLP_
_SUITE 500_
_3000 K STREET NW_
_WASHINGTON, DC 20007-5143_

**RECEIVED**
MAY 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT