# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**SAM L. CLEMMONS,**                    )
                                        )
      **Plaintiff,**          )
                                        )
**v.**                                  )    **Civil Action No. 06-194 (RCL)**
                                        )
**STEIN MART, INC.,**                   )
                                        )
      **Defendant.**          )
_____)

## NOTICE TO PLAINTIFF

Local Civil Rule 5.1(e)(1) provides that the first filing by a party shall have the name and full residence address of the party.  If the party is appearing _pro se_, the party's telephone number must also be provided.  Notice of a change in address or telephone number of a party not represented by an attorney must be provided within 10 days of the change.  Unless changed by notice filed with the Clerk, the address and telephone number of a party noted on the first filing shall be conclusively taken as the last known address of the party.

For some reason unknown to the Court, plaintiff in various cases has provided on his pleadings different residence addresses in different cities.  Plaintiff is advised that notice to the plaintiff of the Court' ruling is sent to the plaintiff's address of record in the particular case, as reflected on the Court's docket.


Signed by Royce C. Lamberth, United States District Judge, July 17, 2007.